# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### APPEALS COVER SHEET

<u>Transmittal of the Abbreviated Record to the Court of Appeals</u>

Case Caption:  Pedro Lopez, et al v. City of Lawrence, Massachusetts et al

Date:  5/13/2009                District Court Number:  07-cv-11693

Fee:
    Paid?    Yes __X__  No ____    Government filer ____  *In Forma Pauperis* Yes ____    No ____

Motions Pending        Yes __X__ No ____        Sealed documents        Yes ____ No __X__

*Ex parte* documents    Yes ____ No __X__        Transcripts              Yes __X__ No ____

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent ____  Other: __X__

Appeal from:
    Order #168

Special Comments:

Documents included as the Abbreviated Record on Appeal:

  Notice of Appeal #174  Order #168

    I hereby certify that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
_____
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: <u>07-cv-11693</u>

USCA Docket Number: _____

<u>Pedro Lopez, et al</u>

v.

<u>Commonwealth of Mass.  Paul Dietl</u>

## CLERK'S CERTIFICATE OF THE ABBREVIATED RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal #174   Order #168

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal filed on <u>5/4/2009</u>.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on <u>5/13/2009</u>.

Sarah Allison Thornton,
Clerk of Court

By: <u>/s/ Jeanette Ramos</u>
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07−cv−11693−JLT

Lopez et al v. City of Lawrence, Massachusetts et al
Assigned to: Judge Joseph L. Tauro
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/11/2007
Jury Demand: Defendant
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

### Plaintiff

**Pedro Lopez**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by **Harold L. Lichten**
Pyle, Rome Lichten, Ehrenberg
&Liss−Riordan, P.C.
18 Tremont Street
Suite 500
Boston , MA 02108
617−367−7200
Fax: 617−367−4820
Email: harold@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
Pyle, Rome Lichten, Ehrenberg
&Liss−Riordan, P.C.
18 Tremont Street
Suite 500
Boston , MA 02108
617−367−7200
Fax: 617−367−4820
Email: lbarrault@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
Pyle, Rome Lichten, Ehrenberg
&Liss−Riordan, P.C.
18 Tremont Street
Suite 500
Boston , MA 02108
617−367−7200
Fax: 617−367−4820
Email: sliss@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Abel Cano**
*Individually and on behalf of a class of*

represented by **Harold L. Lichten**
(See above for address)

1

*individuals similarly situated*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Sledge**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles DeJesus**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Brooks**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Massachusetts Hispanic Law
Enforcement Association**
*Individually and on behalf of a class of
individuals similarly situated*

represented by  **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Alvarez**
*Individually and on behalf of a class of
individuals similarly situated*

represented by  **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marisol Nobrega**
*Individually and on behalf of a class of
individuals similarly situated*
*TERMINATED: 12/04/2008*

represented by  **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*

3

*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spencer Tatum**                    represented by   **Harold L. Lichten**
*Individually and on behalf of a class of*            (See above for address)
*individuals similarly situated*                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Leah M. Barrault**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shannon E. Liss−Riordan**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shumeand Benfold**                 represented by   **Harold L. Lichten**
*Individually and on behalf of a class of*            (See above for address)
*individuals similarly situated*                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Leah M. Barrault**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mark D. Selwyn**
                                                      Wilmer Hale LLP
                                                      60 State Street
                                                      Boston , MA 02109
                                                      617−526−6923
                                                      Fax: 617−526−5000
                                                      Email: mark.selwyn@wilmerhale.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Shannon E. Liss−Riordan**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey S. Gleason**
                                                      Wilmer Hale LLP

4

60 State Street
Boston , MA 02109
617−526−6329
Fax: 617−526−5000
Email: jeffrey.gleason@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
Lawyers' Committee for Civil Rights Under
Law
294 Washington Street
Suite 443
Boston , MA 02108
617−988−0608
Fax: 617−482−4392
Email: rhall@lawyerscom.org
*ATTORNEY TO BE NOTICED*

**Vinita Ferrera**
Wilmer Hale LLP
60 State Street
Boston , MA 02109
617−742−9100
Fax: 617−526−5000
Email: vinita.ferrera@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Williams−Mitchell**                    represented by    **Harold L. Lichten**
*Individually and on behalf of a class of*                        (See above for address)
*individuals similarly situated*                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Leah M. Barrault**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Mark D. Selwyn**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Shannon E. Liss−Riordan**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jeffrey S. Gleason**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vinita Ferrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Brown**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by  **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Selwyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Gleason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vinita Ferrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynette Praileau**
*Individually and on behalf of a class of*
*individuals similarly situated*

represented by  **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Selwyn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss−Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Gleason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vinita Ferrera**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tyrone Smith**
*Individually and on behalf of a class of
individuals similarly situated*

<u>**Plaintiff**</u>

**Eddy Chrispin**
*Individually and on behalf of a class of
individuals similarly situated*

<u>**Plaintiff**</u>

**David E Melvin**
*Individually and on behalf of a class of
individuals similarly situated*

<u>**Plaintiff**</u>

**Steven Morgan**
*Individually and on behalf of a class of
individuals similarly situated*

<u>**Plaintiff**</u>

**William E Iraolo**
*Individually and on behalf of a class of
individuals similarly situated*

<u>**Plaintiff**</u>

7

**Jose Lozano**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Courtney A. Powell**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**James L. Brown**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**George Cardoza**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Larry Ellison**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**David Singletary**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Charisse Brittle Powell**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Cathenia D. Cooper−Paterson**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Molwyn Shaw**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Lamont Anderson**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Gloria Kinkead**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Kenneth Gaines**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Murphy Gregory**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Julian Turner**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Neva Grice**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Delores E Facey**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Lisa Venus**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Rodney O. Best**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Karen Vandyke**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Robert C. Young**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Royline Lamb**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Lynn Davis**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**James A. Jackson**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Juan Rosario**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Louis Rosario, Jr.**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Obed Almeyda**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Devon Williams**
*Individually and on behalf of a class of
individuals similarly situated*

**Plaintiff**

**Julio M. Toledo**
*Individually and on behalf of a class of
individuals similarly situated*

V.

**Defendant**

10

**City of Lawrence, Massachusetts**  represented by  **James M. Bowers**
261 Common Street
Lawrence , MA 01840
978−686−8262
Fax: 978−681−8550
Email: j.bowers@verizon.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Methuen, Massachusetts**  represented by  **Peter J. McQuillan**
City of Methuen − Office of City Solicitor
Suite 311
The Searles Building
41 Pleasant Street
Methuen , MA 01844
978−983−8575
Fax: 978−983−8981
Email: pjmcquillan@ci.methuen.ma.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth of Massachusetts**  represented by  **Iraida J. Alvarez**
Attorney General's Office
One Ashburton Place
Boston , MA 02108
617−727−2200 Ext. 2037
Fax: 617−727.5785
Email: Iraida.Alvarez@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Quinan , Jr.**
Attorney General's Office
One Ashburton Place
Room 2019
Boston , MA 02108−1698
617−727−2200
Fax: 617−727−5785
Email: Robert.Quinan@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sookyoung Shin**
Office of the Attorney General
Trial Division
One Ashburton Place
18th Floor
Boston , MA 02108
617−727−2200
Fax: 617−727−5785
Email: sookyoung.shin@ago.state.ma.us

11

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Dietl**                                      represented by    **Iraida J. Alvarez**
*in His Capacity as Personnel*                                       (See above for address)
*Administrator for the Commonwealth of*                              *LEAD ATTORNEY*
*Massachusetts*                                                      *ATTORNEY TO BE NOTICED*

                                                                     **Robert L. Quinan , Jr.**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Sookyoung Shin**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**John Michael Sullivan**                          represented by    **James M. Bowers**
*in His Capacity as Mayor of the City of*                            (See above for address)
*Lawrence, Massachusetts*                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**William Manzi, III**                             represented by    **Peter J. McQuillan**
*in His Capacity as Mayor of Metheun,*                               (See above for address)
*Massachusetts*                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**City of Lowell**                                 represented by    **Brian W. Leahey**
                                                                     Ciy of Lowell Law Department
                                                                     City Hall
                                                                     375 Merrimack Street
                                                                     Lowell , MA 01852
                                                                     978−970−4050
                                                                     Email: bleahey@lowellma.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **R. Eric Slagle**
                                                                     City of Lowell Law Department
                                                                     375 Merrimack Street
                                                                     3rd Floor
                                                                     Lowell , MA 01852
                                                                     978−970−4050
                                                                     Fax: 978−453−1510
                                                                     Email: eslagle@lowellma.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**William F. Martin**
*In his capacity as Mayor of the City of
Lowell, Massachusetts*
*TERMINATED: 02/13/2008*

represented by **Brian W. Leahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Worcester, Massachusetts**

represented by **Laurie W. Engdahl**
Collins, Loughran &Peloquin
320 Norwood Park South
Norwood , MA 02062
781−762−2229
Fax: 781−762−1803
Email: lengdahl@collinslabor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Brown**
Collins, Loughran &Peloquin
320 Norwood Park South
Norwood , MA 02062
781−762−2229
Fax: 781−762−1803
Email: dbrown@collinslabor.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Konstantina B. Lukes**
*In her capacity as Mayor of the City of
Worcester, Massachusetts*
*TERMINATED: 02/13/2008*

represented by **Laurie W. Engdahl**
(See above for address)
*LEAD ATTORNEY*

**Daniel C. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Appointing Authority for the City of
Lowell**

represented by **Brian W. Leahey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Eric Slagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael O'Brien**
*In his capacity as city manager of the City*

represented by **Laurie W. Engdahl**
(See above for address)

*of Worcester Massachusetts*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Boston**                    represented by    **Robert P. Morris**
Morgan, Brown &Joy, LLP
200 State Street
11th Floor
Boston , MA 02109
617−523−6666
Fax: 617−367−3125
Email: rmorris@morganbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Jo Harris**
Morgan, Brown &Joy LLP
200 State Street
11th Floor
Boston , MA 02109
607−788−5011
Fax: 617−367−3125
Email: mharris@morganbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Springfield**               represented by    **Edward M. Pikula**
Attorney Edward M. Pikula
1350 Main Street
15th Floor
Springfield , MA 01103
413−531−5004
Fax: 413−294−1079
Email: attyemp@aol.com
*ATTORNEY TO BE NOTICED*

**John T. Liebel**
City of Springfield
36 Court Street
Suite 210
Springfield , MA 01103
413−787−6085
Fax: 413−787−6173
Email: jliebel@springfieldcityhall.com
*ATTORNEY TO BE NOTICED*

**Maurice M. Cahillane , Jr.**
Egan, Flanagan &Cohen, PC
67 Market Street
PO Box 9035
Springfield , MA 01102−9035

14

413−737−0260
Fax: 413−737−0121
Email: mmc@efclaw.com
*ATTORNEY TO BE NOTICED*

**William G. Cullinan**
Law Office of William G. Cullinan
1350 Main Street
Springfield , MA 01103
413−732−9080
Fax: 413−731−1177
Email: law@williamgcullinan.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Mayor Domenic Sarno, Jr.**
*In his capacity as Mayor for the City of Springfield*

represented by **Edward M. Pikula**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John T. Liebel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maurice M. Cahillane , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William G. Cullinan**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Massachusetts Bay Transportation Authority**

represented by **Kevin S. McDermott**
MBTA Law Department
10 Park Plaza
7th Floor
Boston , MA 02116
617−222−4756
Fax: 617−222−3194
Email: kmcdermott@mbta.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Daniel Grabauskas**
*in his capacity as General Manager*

represented by **Kevin S. McDermott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

15

| | |
|---|---|
| **Board of Trustees of the Massachusetts Bay Transportation Authority** | represented by **Kevin S. McDermott** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Movant**

| | |
|---|---|
| **New England Area Conference of the National Association for the Advancement of Colored People** | represented by **Vinita Ferrera** (See above for address) *ATTORNEY TO BE NOTICED* |

**Movant**

| | |
|---|---|
| **Massachusetts Association of Minority Law Enforcement Officers** | represented by **Vinita Ferrera** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/11/2007 | | | ELECTRONIC NOTICE of Case Assignment. Judge Joseph L. Tauro assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | 1 | | COMPLAINT; INJUNCTIVE and DECLARATORY RELIEF REQUESTED against City of Lawrence, Massachusetts, City of Methuen, Massachusetts, Commonwealth of Massachusetts, Paul Dietl, John Michael Sullivan, William Manzi, III, filed by Richard Brooks, The Massachusetts Hispanic Law Enforcement Association, Pedro Lopez, Abel Cano, Kevin Sledge, Charles DeJesus. (Attachments: # 1 Civil Cover Sheet and Category Form)(Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | | | Summons Issued as to City of Lawrence, Massachusetts, City of Methuen, Massachusetts, Commonwealth of Massachusetts, Paul Dietl, John Michael Sullivan, William Manzi, III. (Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | | | Filing fee: $ 350.00, receipt number 82326 for 1 Complaint, (Abaid, Kimberly) (Entered: 09/12/2007) |
| 09/27/2007 | 2 | | SUMMONS Returned Executed City of Lawrence, Massachusetts served on 9/17/2007, answer due 10/8/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 3 | | SUMMONS Returned Executed John Michael Sullivan served on 9/17/2007, answer due 10/8/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 4 | | SUMMONS Returned Executed William Manzi, III served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 5 | | SUMMONS Returned Executed City of Methuen, Massachusetts served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 6 | | SUMMONS Returned Executed Attorney General of the Commonwealth of Massachusetts served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |

| 09/27/2007 | 7 | | SUMMONS Returned Executed Paul Dietl served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 10/03/2007 | 8 | | ANSWER to Complaint by City of Methuen, Massachusetts, William Manzi, III.(McQuillan, Peter) Additional attachment(s) added on 11/16/2007 (Abaid, Kimberly). (Entered: 10/03/2007) |
| 10/04/2007 | 9 | | NOTICE of Appearance by Sookyoung Shin on behalf of Commonwealth of Massachusetts, Paul Dietl (Shin, Sookyoung) (Entered: 10/04/2007) |
| 10/04/2007 | 10 | | Assented to MOTION for Extension of Time to 11/2/2007 to File Answer re 1 Complaint, by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 10/04/2007) |
| 10/16/2007 | | | Judge Joseph L. Tauro : Electronic ORDER entered granting 10 Motion for Extension of Time to Answer Commonwealth of Massachusetts answer due 11/2/2007; Paul Dietl answer due 11/2/2007. (Abaid, Kimberly) (Entered: 10/16/2007) |
| 10/31/2007 | 11 | | *Defendants'* ANSWER to Complaint *of the Plaintiffs* by City of Lawrence, Massachusetts, John Michael Sullivan.(Bowers, James) (Entered: 10/31/2007) |
| 11/16/2007 | | | Notice of correction to docket made by Court staff. Correction: Docket Entry 8 corrected because: Replaced unsigned document with signed version. (Abaid, Kimberly) (Entered: 11/16/2007) |
| 11/16/2007 | 12 | | NOTICE of Scheduling ConferenceScheduling Conference set for 1/3/2008 10:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 11/16/2007) |
| 11/16/2007 | 13 | | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kimberly) (Entered: 11/16/2007) |
| 12/05/2007 | 14 | | Assented to MOTION for Extension of Time to File Answer re 1 Complaint, by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 12/05/2007) |
| 12/06/2007 | | | Judge Joseph L. Tauro : Electronic ORDER entered granting 14 Motion for Extension of Time to Answer (Lovett, Zita) (Entered: 12/06/2007) |
| 12/21/2007 | 15 | | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by All Plaintiffs.(Barrault, Leah) (Entered: 12/21/2007) |
| 12/21/2007 | 16 | | JOINT SUBMISSION pursuant to Local Rule 16.1 *(D)* by All Plaintiffs.(Barrault, Leah) (Entered: 12/21/2007) |
| 12/21/2007 | 17 | | NOTICE of Appearance by Robert L. Quinan, Jr on behalf of Commonwealth of Massachusetts (Quinan, Robert) (Entered: 12/21/2007) |
| 12/21/2007 | 18 | | Assented to MOTION for Protective Order by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Stipulation and Order for Confidentiality)(Shin, Sookyoung) (Entered: 12/21/2007) |
| 01/02/2008 | 19 | | MOTION to Amend *Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit Amended Complaint)(Barrault, Leah) (Entered: 01/02/2008) |
| 01/02/2008 | 20 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM in Support re 19 MOTION to Amend *Complaint* filed by All Plaintiffs. (Barrault, Leah) (Entered: 01/02/2008) |
| 01/03/2008 | | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Scheduling Conference held on 1/3/2008. (see order for details) A further conference is set for March 17, 2008 at 2:15 p.m. (Court Reporter: Carol Scott.)(Attorneys present: Lichten,Riordan,Barrault,plts., McQuillan,Shin,Quinnin,Bowers,dfts.) (Lovett, Zita) (Entered: 01/03/2008) |
| 01/03/2008 | 23 | | Judge Joseph L. Tauro: ORDER entered. re 18 Assented to MOTION for Protective Order filed by Commonwealth of Massachusetts, Paul Dietl. Stipulation for the Protection of Confidential Material is Allowed and its terms are to be entered as an order of this court. (Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/03/2008 | 24 | | Judge Joseph L. Tauro: ORDER entered. STIPULATION AND ORDER(Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/04/2008 | 21 | | Second AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 01/04/2008) |
| 01/04/2008 | 25 | | Judge Joseph L. Tauro: ORDER entered re: DISCOVERY. A Further Conference shall be held on March 10, 2008 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/07/2008 | 22 | | Summons Issued as to City of Lowell, William F. Martin, City of Worcester, Massachusetts, Konstantina B. Lukes. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/07/2008 | 26 | | Judge Joseph L. Tauro: AMENDED ORDER entered. The Further Conference is scheduled for March 17, 2008 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (There is no conference March 10, 2008).(Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/08/2008 | 27 | | Disclosure pursuant to Rule 26 by All Plaintiffs.(Lichten, Harold) (Entered: 01/08/2008) |
| 01/08/2008 | 28 | | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order Regarding Rule 30(b)(6) Depositions. (Lichten, Harold) (Additional attachment(s) added on 2/6/2008: # 1 Proposed Order (30−4) See order dated 2−6−2008.) (Abaid, Kimberly). (Entered: 01/08/2008) |
| 01/08/2008 | 29 | | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order on Document Discovery. (Lichten, Harold) (Additional attachment(s) added on 2/6/2008: # 1 Proposed Order (30−3) See order dated 2−6−2008.) (Abaid, Kimberly). (Entered: 01/08/2008) |
| 01/15/2008 | 30 | | MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit A−Third Amended Complaint, # 2 Exhibit Exhibit B−Rule 26 Disclosure, # 3 Exhibit Exhibit C−Proposed Order on Discovery, # 4 Exhibit Exhibit D−Proposed Order on |

| | | | |
|---|---|---|---|
| | | | Depositions)(Lichten, Harold) (Entered: 01/15/2008) |
| 01/15/2008 | 31 | | MOTION to Certify Class by All Plaintiffs.(Lichten, Harold) (Entered: 01/15/2008) |
| 01/15/2008 | 32 | | MEMORANDUM in Support re 31 MOTION to Certify Class *Pursuant to Federal Rule of Civil Procedure 23(b)(2)* filed by All Plaintiffs. (Attachments: # 1 Exhibit A)(Lichten, Harold) (Entered: 01/15/2008) |
| 01/16/2008 | 33 | | NOTICE of Appearance by Daniel C. Brown on behalf of City of Worcester, Massachusetts, Konstantina B. Lukes (Brown, Daniel) (Entered: 01/16/2008) |
| 01/16/2008 | 34 | | Assented to MOTION for Extension of Time to 02/11/08 to File Response/Reply *to Second Amended Complaint* by City of Worcester, Massachusetts, Konstantina B. Lukes.(Brown, Daniel) (Entered: 01/16/2008) |
| 01/16/2008 | 35 | | NOTICE of Appearance by Laurie W. Engdahl on behalf of City of Worcester, Massachusetts, Konstantina B. Lukes (Engdahl, Laurie) (Entered: 01/16/2008) |
| 01/16/2008 | 36 | | SUMMONS Returned Executed City of Lowell served on 1/8/2008, answer due 1/28/2008. (Barrault, Leah) (Entered: 01/16/2008) |
| 01/16/2008 | 37 | | SUMMONS Returned Executed William F. Martin served on 1/11/2008, answer due 1/31/2008. (Barrault, Leah) (Entered: 01/16/2008) |
| 01/23/2008 | 38 | | CERTIFICATE OF CONSULTATION *and Service for Motion to Amend Complaint (Docket Entry No. 30)*. (Lichten, Harold) (Entered: 01/23/2008) |
| 01/23/2008 | 39 | | CERTIFICATE OF CONSULTATION *and Service for Motion for Class Certification (Docket Entry No. 31)*. (Lichten, Harold) (Entered: 01/23/2008) |
| 01/24/2008 | 40 | | ANSWER to Complaint *Third Amended Complaint* by City of Methuen, Massachusetts.(McQuillan, Peter) (Entered: 01/24/2008) |
| 01/25/2008 | 41 | | Assented to MOTION for Extension of Time to 2/12/2008 to File Response/Reply as to 31 MOTION to Certify Class by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 01/25/2008) |
| 01/25/2008 | 42 | | NOTICE of Appearance by Brian W. Leahey on behalf of City of Lowell, William F. Martin (Leahey, Brian) (Entered: 01/25/2008) |
| 01/25/2008 | 43 | | Assented to MOTION for Extension of Time to 2/4/2008 to File Response/Reply as to 21 Amended Complaint by City of Lowell, William F. Martin.(Leahey, Brian) (Entered: 01/25/2008) |
| 01/29/2008 | 44 | | ANSWER to Complaint *(Third Amended)* by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 01/29/2008) |
| 01/29/2008 | 45 | | Opposition re 30 MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 *The State Defendants' Opposition to Plaintiffs' Proposed Discovery Orders* filed by Commonwealth of Massachusetts. (Attachments: # 1 Affidavit of Sally McNeely in Opposition to Plaintiffs' Proposed Discovery Orders)(Quinan, Robert) (Entered: 01/29/2008) |

| 01/30/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 43 Motion for Extension of Time to File Response/Reply re 43 Assented to MOTION for Extension of Time to 2/4/2008 to File Response/Reply as to 21 Amended Complaint, 41 Assented to MOTION for Extension of Time to 2/12/2008 to File Response/Reply as to 31 MOTION to Certify Class, 34 Assented to MOTION for Extension of Time to 02/11/08 to File Response/Reply *to Second Amended Complaint* Responses due by 2/4/2008 (Lovett, Zita) (Entered: 01/30/2008) |
| 02/01/2008 | 46 | | Assented to MOTION for Extension of Time to File Response/Reply as to 21 Amended Complaint *to February 11, 2008* by City of Lowell, William F. Martin.(Leahey, Brian) (Entered: 02/01/2008) |
| 02/04/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 46 Motion for Extension of Time to File Response/Reply Responses due by 2/11/2008 (Abaid, Kimberly) (Entered: 02/05/2008) |
| 02/05/2008 | 47 | | MOTION for Extension of Time to 2/14/08 to File Response/Reply as to 45 Opposition to Motion,, by All Plaintiffs.(Barrault, Leah) (Entered: 02/05/2008) |
| 02/06/2008 | 48 | | Judge Joseph L. Tauro: ORDER entered. The parties shall file an updated party list by February 15, 2008. 30 Motion to Amend Complaint is ALLOWED. Plaintiff shall file the third amended complaint on the CM/ECF system by February 8, 2008, at which time response deadlines will begin to run. 34 Motion to Enlarge Time to Respond is DENIED AS MOOT. 41 Motion to Enlarge Time to File Opposition is ALLOWED. 47 Motion to Reply to Opposition and to File Reply by February 14, 2008 is ALLOWED. (Abaid, Kimberly) (Entered: 02/06/2008) |
| 02/13/2008 | 49 | | Third AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 02/13/2008) |
| 02/14/2008 | 50 | | Response by All Plaintiffs to 45 Opposition to Motion,, *for Proposed Discovery Orders*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lichten, Harold) (Entered: 02/14/2008) |
| 02/19/2008 | 51 | | Opposition re 31 MOTION to Certify Class filed by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Exhibit A (McNeely Affidavit))(Shin, Sookyoung) (Entered: 02/19/2008) |
| 02/20/2008 | 52 | | TRANSCRIPT of Scheduling Conference held on January 3, 2008 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330−1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/20/2008) |
| 02/26/2008 | 53 | | MOTION for Leave to File *Reply to State Defendant's Opposition to Plaintiffs' Motion to Certify Class and to File Such Reply By March 4, 2008* by All Plaintiffs.(Barrault, Leah) (Entered: 02/26/2008) |
| 02/27/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 53 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Abaid, Kimberly) (Entered: 02/27/2008) |

| 02/29/2008 | 54 | | Assented to MOTION for Extension of Time to March 11, 2008 to File Response/Reply as to 51 Opposition to Motion by All Plaintiffs.(Barrault, Leah) (Entered: 02/29/2008) |
|---|---|---|---|
| 03/03/2008 | 55 | | ANSWER to 49 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 03/03/2008) |
| 03/04/2008 | 56 | | ANSWER to 49 Amended Complaint by City of Worcester, Massachusetts, Michael O'Brien.(Engdahl, Laurie) (Entered: 03/04/2008) |
| 03/10/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 54 Motion for Extension of Time to File Response/Reply Responses due by 3/11/2008 (Abaid, Kimberly) (Entered: 03/10/2008) |
| 03/11/2008 | 57 | | Fourth MOTION to Amend 49 Amended Complaint by All Plaintiffs.(Barrault, Leah) (Additional attachment(s) added on 3/11/2008: # 1 Proposed Amended Complaint) (Abaid, Kimberly). (Entered: 03/11/2008) |
| 03/11/2008 | 58 | | PROPOSED Fourth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) Modified on 3/11/2008 (Abaid, Kimberly). (Entered: 03/11/2008) |
| 03/11/2008 | 59 | | REPLY to Response to 31 MOTION to Certify Class filed by All Plaintiffs. (Attachments: # 1 Affidavit Affidavit of Harold Lichten, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Barrault, Leah) (Entered: 03/11/2008) |
| 03/11/2008 | | | Notice of correction to docket made by Court staff. Correction: Docket Entry 58 corrected because: Corrected Docket text to reflect that Document filed is a PROPOSED Amended Complaint. If Judge Tauro Allows the Motion to file an Amended Complaint, the actual Amended Complaint will be filed through CM/ECF. (Abaid, Kimberly) (Entered: 03/11/2008) |
| 03/11/2008 | 60 | | CERTIFICATE OF CONSULTATION re 57 Fourth MOTION to Amend 49 Amended Complaint *Pursuant to Local Rule 7.1(a)(2)*. (Barrault, Leah) (Entered: 03/11/2008) |
| 03/12/2008 | 61 | | Judge Joseph L. Tauro: ORDER entered. 57 Fourth Motion to Amend Complaint is ALLOWED. Plaintiffs shall file the Amended Complaint on the CM/ECF system by March 17, 2008. The Further Conference scheduled for March 17, 2008 is CANCELED. All briefing on 31 Motion for Class Certification shall be completed by March 21, 2008. A Hearing on the Proposed Discovery Orders and Motion for Class Certification will be held on April 28, 2008 at 2:30 PM in Courtroom 22 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 03/12/2008) |
| 03/17/2008 | 62 | | Fourth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 03/17/2008) |
| 03/19/2008 | 63 | | Summons Issued as to City of Boston. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 03/19/2008) |
| 03/20/2008 | 64 | | *Defendant's, City of Lawrence and John (sic) Michael Sullivan, in His Capacity as Mayor of the City of Lawrence* ANSWER to 62 Amended Complaint, 58 |

| | | | |
|---|---|---|---|
| | | | Amended Complaint *of the Plaintiffs*, by City of Lawrence, Massachusetts.(Bowers, James) Modified on 3/21/2008 (Abaid, Kimberly). (Entered: 03/20/2008) |
| 03/21/2008 | 65 | | Assented to MOTION for Leave to File *Surreply re Motion for Class Certification* by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 03/21/2008) |
| 03/21/2008 | 66 | | SUR−REPLY to Motion re 31 MOTION to Certify Class filed by Commonwealth of Massachusetts, Paul Dietl. (Shin, Sookyoung) (Entered: 03/21/2008) |
| 03/24/2008 | 67 | | *Re: Pending Motion for Class Certification* Letter/request (non−motion) from Harold L. Lichten. (Attachments: # 1 Exhibit Attachment)(Lichten, Harold) (Entered: 03/24/2008) |
| 03/25/2008 | 68 | | *CITY OF METHUEN* ANSWER to 62 Amended Complaint *FOURTH* by City of Methuen, Massachusetts.(McQuillan, Peter) (Entered: 03/25/2008) |
| 03/25/2008 | 69 | | *CITY OF LOWELL AND APPOINTING AUTHORITY FOR CITY OF LOWELL* ANSWER to 62 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 03/25/2008) |
| 03/27/2008 | 70 | | *State Defendants'* ANSWER to 62 Amended Complaint by Commonwealth of Massachusetts.(Quinan, Robert) (Entered: 03/27/2008) |
| 03/31/2008 | 71 | | NOTICE of Appearance by Mary Jo Harris on behalf of City of Boston (Harris, Mary Jo) (Entered: 03/31/2008) |
| 04/01/2008 | 72 | | ANSWER to 62 Amended Complaint by City of Worcester, Massachusetts, Michael O'Brien.(Engdahl, Laurie) (Entered: 04/01/2008) |
| 04/08/2008 | 73 | | SUMMONS Returned Executed City of Boston served on 3/25/2008, answer due 4/14/2008. (Barrault, Leah) (Entered: 04/08/2008) |
| 04/14/2008 | 74 | | NOTICE of Appearance by Robert P. Morris on behalf of City of Boston (Morris, Robert) (Entered: 04/14/2008) |
| 04/14/2008 | 75 | | ANSWER to 62 Amended Complaint by City of Boston.(Morris, Robert) (Entered: 04/14/2008) |
| 04/16/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 65 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Lovett, Zita) (Entered: 04/16/2008) |
| 04/23/2008 | 76 | | MEMORANDUM in Opposition re 31 MOTION to Certify Class filed by City of Boston. (Attachments: # 1 Exhibit A (McNeely deposition excerpts))(Morris, Robert) (Entered: 04/23/2008) |
| 04/28/2008 | | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Motion Hearing held on 4/28/2008 re 31 MOTION to Certify Class filed by All Plaintiffs. After arguments motion is taken under advisement. (Court Reporter: Carol Scott.)(Attorneys present: Lichten,plts.,Quinan,Shin,defts.) (Lovett, Zita) |

| | | (Entered: 04/28/2008) |
|---|---|---|
| 04/29/2008 | 77 | Judge Joseph L. Tauro: ORDER entered. (Abaid, Kimberly) (Entered: 04/29/2008) |
| 05/19/2008 | 78 | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order Certifying A Class. (Attachments: # 1 Text of Proposed Order)(Barrault, Leah) (Entered: 05/19/2008) |
| 05/19/2008 | 79 | JOINT SUBMISSION pursuant to Local Rule 16.1 *by All Plaintiffs and* by Commonwealth of Massachusetts. (Attachments: # 1 Text of Proposed Order : Order Governing Electronic and Document Discovery, # 2 Text of Proposed Order : Governing Certain Depositions)(Quinan, Robert) (Entered: 05/19/2008) |
| 05/20/2008 | 80 | Judge Joseph L. Tauro: ORDER Regarding Depositions entered. (Abaid, Kimberly) (Entered: 05/20/2008) |
| 05/20/2008 | 81 | Judge Joseph L. Tauro: ORDER on Document Discovery. (Abaid, Kimberly) (Entered: 05/20/2008) |
| 05/30/2008 | 82 | Fifth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 05/30/2008) |
| 05/30/2008 | 83 | Response by Commonwealth of Massachusetts, Paul Dietl to 78 Proposed Document(s) submitted. (Shin, Sookyoung) (Entered: 05/30/2008) |
| 05/30/2008 | 84 | Response by City of Boston to 83 Response, 78 Proposed Document(s) submitted *by State Defendants and Plaintiffs on Plaintiffs' Proposed Class Certification*. (Morris, Robert) (Entered: 05/30/2008) |
| 06/03/2008 | 85 | ANSWER to 82 Amended Complaint by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 06/03/2008) |
| 06/05/2008 | 86 | ANSWER to 82 Amended Complaint *(5th Amended Complaint)* by City of Boston.(Morris, Robert) (Entered: 06/05/2008) |
| 06/09/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered denying 31 Motion to Certify Class (York, Steve) (Entered: 06/09/2008) |
| 06/09/2008 | 87 | Judge Joseph L. Tauro: ORDER entered. (York, Steve) (Entered: 06/09/2008) |
| 06/13/2008 | 88 | MOTION for Reconsideration *of Order Denying Class Certification* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lichten, Harold) (Entered: 06/13/2008) |
| 06/18/2008 | 89 | ANSWER to 82 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 06/18/2008) |
| 06/19/2008 | 90 | ANSWER to 82 Amended Complaint by City of Worcester, Massachusetts.(Engdahl, Laurie) (Entered: 06/19/2008) |
| 06/24/2008 | 91 | Opposition re 88 MOTION for Reconsideration *of Order Denying Class Certification* filed by Commonwealth of Massachusetts, Paul Dietl. (Shin, Sookyoung) (Entered: 06/24/2008) |
| 06/26/2008 | 92 | Judge Joseph L. Tauro: Electronic ORDER entered denying 88 Motion for Reconsideration (Abaid, Kimberly) (Entered: 06/26/2008) |

| 07/01/2008 | 93 | MOTION to Continue Case Management Conference by All Plaintiffs.(Barrault, Leah) (Entered: 07/01/2008) |
|---|---|---|
| 07/01/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 93 Motion to Continue. A new date will be announced. (Abaid, Kimberly) (Entered: 07/02/2008) |
| 07/10/2008 | | ELECTRONIC NOTICE of Hearing : Case Management Conference set for 8/12/2008 02:15 PM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 07/10/2008) |
| 07/11/2008 | 94 | Transcript of Motion Hearing held on April 28, 2008, before Judge Tauro. Court Reporter: Carol Lynn Scott at 617/330−1377. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 7/29/2008. Redacted Transcript Deadline set for 8/8/2008. Release of Transcript Restriction set for 10/6/2008. (Scalfani, Deborah) (Entered: 07/11/2008) |
| 07/11/2008 | 95 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, a copy of which is attached to this entry.. (Scalfani, Deborah) (Entered: 07/11/2008) |
| 07/15/2008 | 96 | NOTICE by All Plaintiffs *OF FILING IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT PLAINTIFFS PETITION PURSUANT TO FED. R. CIV. 23 (f) FOR PERMISSION TO APPEAL FROM ORDER DENYING CLASS CERTIFICATION* (Attachments: # 1 Exhibit Plaintiffs'−Petitioners' Petition Pursuant to Fed.R.Civ.P. 23(f) for Permission to Appeal From Order Denying Class Certification, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Barrault, Leah) (Entered: 07/15/2008) |
| 08/11/2008 | 97 | MOTION to Intervene by New England Area Conference of the National Association for the Advancement of Colored People, Massachusetts Association of Minority Law Enforcement Officers.(Ferrera, Vinita) (Entered: 08/11/2008) |
| 08/11/2008 | 98 | NOTICE of Appearance by Vinita Ferrera on behalf of Shumeand Benfold, Angela Williams−Mitchell, Gwendolyn Brown, Lynette Praileau (Ferrera, Vinita) (Entered: 08/11/2008) |
| 08/11/2008 | 99 | NOTICE of Appearance by Jeffrey S. Gleason on behalf of Shumeand Benfold, Angela Williams−Mitchell, Gwendolyn Brown, Lynette Praileau (Gleason, Jeffrey) (Entered: 08/11/2008) |
| 08/12/2008 | 100 | NOTICE of Appearance by Rahsaan D. Hall on behalf of Shumeand Benfold, Angela Williams−Mitchell, Gwendolyn Brown, Lynette Praileau (Hall, Rahsaan) (Entered: 08/12/2008) |
| 08/12/2008 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Case Management Conference held on 8/12/2008,(see order for details); A furtherconference will be held on January 8, 2009 at 12:00 p.m. (Court Reporter: Carol Scott.)(Attorneys present: Lichten,Liss−Riordan,Gleason,Hall,plts;Quinan,Alvarez,Leahy,defts.) (Lovett, Zita) (Entered: 08/12/2008) |

| 08/12/2008 | 101 | Judge Joseph L. Tauro: ORDER entered re: DISCOVERY. A Further Conference will be held on January 8, 2009 at 12:00 PM in Courtroom 22 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 08/12/2008) |
| --- | --- | --- |
| 08/29/2008 | 102 | NOTICE of Appearance by Mark D. Selwyn on behalf of Shumeand Benfold, Angela Williams−Mitchell, Gwendolyn Brown, Lynette Praileau (Selwyn, Mark) (Entered: 08/29/2008) |
| 09/02/2008 | 104 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, a copy of which is attached to this entry.. (Scalfani, Deborah) (Entered: 09/02/2008) |
| 09/02/2008 | 105 | Transcript of Case Management Conference held on August 12, 2008, before Judge Tauro. Court Reporter: Carol Lynn Scott at 617/330−1377. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 9/22/2008. Redacted Transcript Deadline set for 9/30/2008. Release of Transcript Restriction set for 11/28/2008. (Scalfani, Deborah) (Entered: 09/02/2008) |
| 09/02/2008 | 106 | JOINT STATEMENT of counsel *waiving a jury trial*. (Quinan, Robert) (Entered: 09/02/2008) |
| 09/03/2008 | 107 | STIPULATION *for Protective Order Regarding Confidentiality and Non−Disclosure* by City of Boston. (Attachments: # 1 Exhibit A − proposed Protective Order)(Morris, Robert) (Entered: 09/03/2008) |
| 09/04/2008 | 108 | Judge Joseph L. Tauro: ORDER entered. PROTECTIVE ORDER(Abaid, Kimberly) (Entered: 09/04/2008) |
| 09/23/2008 | 109 | MOTION for a Short Enlargement of Time to File Plaintiffs' Expert Reports by Pedro Lopez. (Attachments: # 1 Affidavit of Frank Landy)(Barrault, Leah) (Entered: 09/23/2008) |
| 09/24/2008 | 110 | Sixth MOTION to Amend *Complaint to Include as Named Plaintiffs Additional Hispanic and African−American Police Officers Employed by the City of Boston, and Hispanic and African−American Police Officers Employed by the City of Springfield and the Massachusetts Bay Transportation Authority* by All Plaintiffs. (Attachments: # 1 Exhibit Sixth Amended Complaint; Injunctive and Declaratory Relief Requested, # 2 Exhibit Certificate of Compliance with Local Rule 7.1(a)(2) for Sixth Motion to Amend Complaint)(Barrault, Leah) (Entered: 09/24/2008) |
| 09/26/2008 | 111 | NOTICE of Appearance by Iraida J. Alvarez on behalf of Commonwealth of Massachusetts (Alvarez, Iraida) (Entered: 09/26/2008) |
| 09/29/2008 | 112 | Opposition re 109 MOTION for a Short Enlargement of Time to File Plaintiffs' Expert Reports filed by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Shin, Sookyoung) (Entered: 09/29/2008) |
| 09/29/2008 |  | Judge Joseph L. Tauro: Electronic ORDER entered granting 109 Motion extension of time (Lovett, Zita) (Entered: 09/29/2008) |
| 10/07/2008 | 113 |  |

| | | |
|---|---|---|
| | | Joint MEMORANDUM in Opposition re 110 Sixth MOTION to Amend *Complaint to Include as Named Plaintiffs Additional Hispanic and African−American Police Officers Employed by the City of Boston, and Hispanic and African−American Police Officers Employed by the City of Springfield and the Mass filed by City of Boston. (Morris, Robert) (Entered: 10/07/2008)* |
| 10/08/2008 | 114 | Assented to MOTION for Extension of Time to October 17, 2008 to File Response/Reply as to 113 Memorandum in Opposition to Motion, by All Plaintiffs.(Barrault, Leah) (Entered: 10/08/2008) |
| 10/15/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 114 Motion for Extension of Time to File Response/Reply re 114 Assented to MOTION for Extension of Time to October 17, 2008 to File Response/Reply as to 113 Memorandum in Opposition to Motion, Responses due by 10/17/2008 (Lovett, Zita) (Entered: 10/15/2008) |
| 10/16/2008 | 115 | Assented to MOTION for Extension of Time to 10/20/2008 to File Reply to Defendants' Opposition to Plainitffs' Motion to Amend Complaint by All Plaintiffs.(Barrault, Leah) (Entered: 10/16/2008) |
| 10/20/2008 | 116 | REPLY to Response to 110 Sixth MOTION to Amend *Complaint to Include as Named Plaintiffs Additional Hispanic and African−American Police Officers Employed by the City of Boston, and Hispanic and African−American Police Officers Employed by the City of Springfield and the Mass filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lichten, Harold) (Entered: 10/20/2008)* |
| 10/20/2008 | 117 | AMICUS BRIEF in Support re 110 Sixth MOTION to Amend *Complaint to Include as Named Plaintiffs Additional Hispanic and African−American Police Officers Employed by the City of Boston, and Hispanic and African−American Police Officers Employed by the City of Springfield and the Mass filed by New England Area Conference of the National Association for the Advancement of Colored People, Massachusetts Association of Minority Law Enforcement Officers. (Ferrera, Vinita) Modified on 10/21/2008 (Abaid, Kimberly). (Entered: 10/20/2008)* |
| 10/21/2008 | 118 | CERTIFICATE of Compliance pursuant to Local Rule 15.1(b) *for Sixth Motion to Amend Complaint* by All Plaintiffs. (Barrault, Leah) (Entered: 10/21/2008) |
| 11/14/2008 | 119 | MOTION to Continue Production of Defendants' Expert Report(s) to 1/2/09 *(Unopposed)* by City of Boston.(Morris, Robert) (Entered: 11/14/2008) |
| 11/18/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered finding as moot 115 Motion for Extension of Time; granting 119 Motion to Continue Date for Production to 1/2/2009. (Lovett, Zita) (Entered: 11/18/2008) |
| 11/26/2008 | 120 | MOTION to Amend *May 19, 2008 Discovery Order to Include Additional Document Discovery Between Plaintiffs and Defendant City of Lowell* by Pedro Lopez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Compliance with Local Rule 7.1(a)(2))(Barrault, Leah) (Entered: 11/26/2008) |
| 11/28/2008 | 121 | First MOTION for Discovery *Deposition of Robert Alvarez* by City of Lowell.(Leahey, Brian) (Entered: 11/28/2008) |

| 11/28/2008 | 122 | | MEMORANDUM in Support re 121 First MOTION for Discovery *Deposition of Robert Alvarez* filed by City of Lowell. (Leahey, Brian) (Entered: 11/28/2008) |
| 11/28/2008 | 123 | | Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez by City of Lowell.(Leahey, Brian) Modified on 12/1/2008 (Abaid, Kimberly). (Entered: 11/28/2008) |
| 11/28/2008 | 124 | | MEMORANDUM in Support re 123 Proposed MOTION for Order to Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez filed by City of Lowell. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Affidavit)(Leahey, Brian) (Entered: 11/28/2008) |
| 11/28/2008 | 125 | | CERTIFICATE OF CONSULTATION re 123 Proposed MOTION for Order to Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez by City of Lowell by City of Lowell. Related document: 123 Proposed MOTION for Order to Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez filed by City of Lowell.(Leahey, Brian) (Entered: 11/28/2008) |
| 12/04/2008 | 126 | | NOTICE of Dismissal *of Plaintiff Marisol Nobrega and Her Claims Against State Defendant, City of Lowell and Appointing Authority for the City of Lowell* by All Plaintiffs. (Barrault, Leah) Modified on 12/9/2008 (Abaid, Kimberly). (Entered: 12/04/2008) |
| 12/09/2008 | | | Notice of correction to docket made by Court staff. Correction: Docket Entry 126 corrected because: Wrong event was used. Document was filed as a Notice − Other. The document should be filed as a Notice of Dismissal. Corrected text and termed party to correct. (Abaid, Kimberly) (Entered: 12/09/2008) |
| 12/10/2008 | 127 | | Opposition re 120 MOTION to Amend *May 19, 2008 Discovery Order to Include Additional Document Discovery Between Plaintiffs and Defendant City of Lowell* filed by City of Lowell. (Leahey, Brian) (Entered: 12/10/2008) |
| 12/16/2008 | 128 | | Opposition re 123 Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Barrault, Leah) (Entered: 12/16/2008) |
| 12/18/2008 | 129 | | SUR−REPLY to Motion re 123 Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez filed by City of Lowell. (Attachments: # 1 Exhibit, # 2 Exhibit)(Leahey, Brian) (Entered: 12/18/2008) |
| 12/19/2008 | 130 | | MOTION for Leave to File *Reply to Plaintiff's Opposition to Lowell Request for Personnel Records* by City of Lowell.(Leahey, Brian) (Entered: 12/19/2008) |
| 12/19/2008 | 131 | | CERTIFICATE OF CONSULTATION re 130 MOTION for Leave to File *Reply to Plaintiff's Opposition to Lowell Request for Personnel Records*, 129 Sur−Reply to Motion. (Leahey, Brian) (Entered: 12/19/2008) |
| 12/19/2008 | 132 | | MOTION to Strike 129 Sur−Reply to Motion by All Plaintiffs.(Barrault, Leah) (Entered: 12/19/2008) |
| 12/23/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 130 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file |

| | | | |
|---|---|---|---|
| | | | the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Lovett, Zita) (Entered: 12/23/2008) |
| 12/23/2008 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 132 Motion to File Sur Reply. (Lovett, Zita) (Entered: 12/23/2008) |
| 12/23/2008 | 133 | | REPLY to Response to 123 Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez filed by City of Lowell. (Attachments: # 1 Exhibit, # 2 Exhibit)(Leahey, Brian) (Entered: 12/23/2008) |
| 12/31/2008 | 134 | | MOTION for Extension of Time to Postpone filing of Defendants Expert Reports *Until Court Decides Pending Motion to Amend Plaintiffs' Complaint* by City of Lowell, City of Worcester, Massachusetts, City of Methuen, Massachusetts, Commonwealth of Massachusetts, Paul Dietl, John Michael Sullivan, William Manzi, III, Michael O'Brien.(Alvarez, Iraida) (Entered: 12/31/2008) |
| 01/07/2009 | 135 | | Opposition re 134 MOTION for Extension of Time to Postpone filing of Defendants Expert Reports *Until Court Decides Pending Motion to Amend Plaintiffs' Complaint* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Barrault, Leah) (Entered: 01/07/2009) |
| 01/07/2009 | | | Judge Joseph L. Tauro: Electronic ORDER entered − 110 Motion to Amend Complaint is ALLOWED. 120 Motion to Amend Discovery Order is ALLOWED. 121 Motion to Take Deposition of Robert Alvarez is ALLOWED. 123 Motion for Court Order is ALLOWED. (Abaid, Kimberly) (Entered: 01/08/2009) |
| 01/07/2009 | 136 | | Judge Joseph L. Tauro: ORDER entered. Order on Additional Document Discovery.(Abaid, Kimberly) (Entered: 01/08/2009) |
| 01/07/2009 | 137 | | Judge Joseph L. Tauro: COURT ORDER entered. (Abaid, Kimberly) (Entered: 01/08/2009) |
| 01/07/2009 | 139 | | SIXTH AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Abaid, Kimberly) (Abaid, Kimberly). (Entered: 01/08/2009) |
| 01/08/2009 | | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Interim Pretrial Conference held on 1/8/2009. A final Pre−Trial Conference will be held on April 7, 2009 at 11:00 a.m.(Court Reporter: Carol Scott.)(Attorneys present: Lichten,Liss−Riordan,Barrault,Ferrera,Gleason,Hall,pltfs. Leahey,Engdall,Morris,Quinan,Bowers,defts.) (Lovett, Zita) (Entered: 01/08/2009) |
| 01/08/2009 | 138 | | Judge Joseph L. Tauro: ORDER entered. 134 Motion for Extension of Time to Postpone filing of Expert Reports is ALLOWED. Defendants shall file Expert Reports by February 9, 2009. The allowed depositions shall be completed by March 31, 2009. No further extensions of discovery shall be granted. A Pretrial Conference is scheduled for April 7, 2009 at 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kimberly) (Entered: 01/08/2009) |

| 01/09/2009 | 140 | | Summons Issued as to City of Springfield, Domenic Sarno, Jr, Massachusetts Bay Transportation Authority, Daniel Grabauskas, Board of Trustees of the Massachusetts Bay Transportation Authority. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 01/09/2009) |
|---|---|---|---|
| 01/23/2009 | 141 | | ANSWER to 139 Amended Complaint by City of Boston.(Morris, Robert) (Entered: 01/23/2009) |
| 01/26/2009 | 142 | | MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment* by Commonwealth of Massachusetts. (Attachments: # 1 State Defendants' Memorandum of Law in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment, # 2 Affidavit of Sally McNeely in Support of the State Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, # 3 Affidavit of Iraida Alvarez in Support of State Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, # 4 Local Rule 56.1 Statement of Undisputed Material Facts in Support of State Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, # 5 Civil Service Commission Decision in Case no. G−02−143, # 6 Civil Service Commission decision in Case no. I−02−606)(Quinan, Robert) (Entered: 01/26/2009) |
| 01/26/2009 | 143 | | Assented to MOTION for Leave to File Excess Pages *(a 30 page memorandum of law in support of the state defendants' motion to dismiss or, in the alternative, for summary judgment* −− by Commonwealth of Massachusetts.(Quinan, Robert) (Entered: 01/26/2009) |
| 01/27/2009 | 144 | | MEMORANDUM in Support re 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment (refiled as separate Document, with attachments, per clerk's request)* filed by Commonwealth of Massachusetts. (Attachments: # 1 Civil Service Commission decision in case no. G−02−143, # 2 Civil Service Commission decision in docket no. I−02−606, et al., # 3 Affidavit of Sally McNeely, # 4 Affidavit of Iraida Alvarez)(Quinan, Robert) (Entered: 01/27/2009) |
| 01/27/2009 | 145 | | Statement of Material Facts L.R. 56.1 re 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment (refiled as a separate Document, per clerk's request)* filed by Commonwealth of Massachusetts. (Quinan, Robert) (Entered: 01/27/2009) |
| 01/27/2009 | 146 | | *City of Lowell* ANSWER to 139 Amended Complaint *of Plaintiffs* by City of Lowell.(Leahey, Brian) (Entered: 01/27/2009) |
| 01/28/2009 | 147 | | ANSWER to 139 Amended Complaint by City of Worcester, Massachusetts and Michael O'Brien.(Engdahl, Laurie) Modified on 1/28/2009 (Abaid, Kimberly). (Entered: 01/28/2009) |
| 01/29/2009 | 148 | | Assented to MOTION for Extension of Time to February 26, 2009 to File Response/Reply as to 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment* by All Plaintiffs.(Lichten, Harold) (Entered: 01/29/2009) |
| 01/29/2009 | 149 | | |

| | | | |
|---|---|---|---|
| | | | SUMMONS Returned Executed Massachusetts Bay Transportation Authority served on 1/13/2009, answer due 2/2/2009. (Barrault, Leah) (Entered: 01/29/2009) |
| 01/29/2009 | 150 | | SUMMONS Returned Executed Board of Trustees of the Massachusetts Bay Transportation Authority served on 1/13/2009, answer due 2/2/2009. (Barrault, Leah) (Entered: 01/29/2009) |
| 01/29/2009 | 151 | | SUMMONS Returned Executed Daniel Grabauskas served on 1/13/2009, answer due 2/2/2009. (Barrault, Leah) (Entered: 01/29/2009) |
| 01/29/2009 | 152 | | SUMMONS Returned Executed City of Springfield served on 1/13/2009, answer due 2/2/2009. (Barrault, Leah) (Entered: 01/29/2009) |
| 01/29/2009 | 153 | | SUMMONS Returned Executed Domenic Sarno, Jr served on 1/13/2009, answer due 2/2/2009. (Barrault, Leah) (Entered: 01/29/2009) |
| 02/02/2009 | 154 | | ANSWER to 139 Amended Complaint by Massachusetts Bay Transportation Authority, Daniel Grabauskas, Board of Trustees of the Massachusetts Bay Transportation Authority.(McDermott, Kevin) (Entered: 02/02/2009) |
| 02/03/2009 | 155 | | *City of Methuen* ANSWER to 139 Amended Complaint *by Plaintiff's* by City of Methuen, Massachusetts.(McQuillan, Peter) Modified on 2/3/2009 (Abaid, Kimberly). (Entered: 02/03/2009) |
| 02/10/2009 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 143 Motion for Leave to File Excess Pages; granting 148 Motion for Extension of Time to File Response/Reply ( Replies due by 2/26/2009.) (Lovett, Zita) (Entered: 02/10/2009) |
| 02/12/2009 | 156 | | NOTICE of Appearance by Edward M. Pikula on behalf of City of Springfield, Domenic Sarno, Jr (Pikula, Edward) (Entered: 02/12/2009) |
| 02/12/2009 | 157 | | NOTICE of Appearance by John T. Liebel on behalf of City of Springfield, Domenic Sarno, Jr (Liebel, John) (Entered: 02/12/2009) |
| 02/12/2009 | 158 | | NOTICE of Appearance by Maurice M. Cahillane, Jr on behalf of City of Springfield, Domenic Sarno, Jr (Cahillane, Maurice) (Entered: 02/12/2009) |
| 02/12/2009 | 159 | | NOTICE of Appearance by Edward M. Pikula on behalf of City of Springfield, Domenic Sarno, Jr (Pikula, Edward) (Entered: 02/12/2009) |
| 02/13/2009 | 160 | | RESPONSE to Motion re 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment (Statement of Concurrence with Section of Motion)* filed by City of Boston. (Morris, Robert) (Entered: 02/13/2009) |
| 02/13/2009 | 161 | | STIPULATION *for Protective Order with Attached Protective Order* by City of Boston. (Attachments: # 1 Exhibit A (Protective Order))(Morris, Robert) (Entered: 02/13/2009) |
| 02/26/2009 | 162 | | MOTION for Leave to File Excess Pages by All Plaintiffs.(Lichten, Harold) (Entered: 02/26/2009) |
| 02/26/2009 | 163 | | MEMORANDUM in Opposition re 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1)(Lichten, Harold) (Entered: 02/26/2009) |

| 02/26/2009 | 164 | | Statement of Material Facts L.R. 56.1 re 142 MOTION to Dismiss for Lack of Jurisdiction *or, in the Alternative, for Summary Judgment (including Plaintiffs' Opposition to Defendants' Statement of Material Facts)* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z)(Lichten, Harold) (Entered: 02/26/2009) |
| --- | --- | --- | --- |
| 03/11/2009 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 162 Motion for Leave to File Excess Pages (Lovett, Zita) Modified on 3/11/2009 text (Abaid, Kimberly). (Entered: 03/11/2009) |
| 03/11/2009 | | | ELECTRONIC NOTICE of Hearing :Motion Hearing set for 4/15/2009 02:15 PM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/11/2009) |
| 03/12/2009 | 165 | | Judge Joseph L. Tauro: ORDER entered. PROTECTIVE ORDER(Abaid, Kimberly) (Entered: 03/12/2009) |
| 03/20/2009 | | | ELECTRONIC NOTICE of Hearing :Motion Hearing set for 5/7/2009 11:30 AM in Courtroom 22 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 03/20/2009) |
| 03/20/2009 | 166 | | NOTICE of Appearance by R. Eric Slagle on behalf of City of Lowell, Appointing Authority for the City of Lowell (Slagle, R.) (Entered: 03/20/2009) |
| 03/25/2009 | 167 | | NOTICE of Appearance by William G. Cullinan on behalf of City of Springfield, Domenic Sarno, Jr (Cullinan, William) (Entered: 03/25/2009) |
| 04/06/2009 | 168 | 33 | Judge Joseph L. Tauro: ORDER entered denying 142 Motion to Dismiss for Lack of Jurisdiction (Abaid, Kimberly) (Entered: 04/07/2009) |
| 04/07/2009 | | | ELECTRONIC NOTICE Cancelling Hearing. Motion Hearing canceled: 5/7/2009.A date will be announced for a scheduling conference. (Lovett, Zita) (Entered: 04/07/2009) |
| 04/08/2009 | 169 | | MOTION to Compel *State Defendant to Produce Newly Compiled Data* by All Plaintiffs.(Lichten, Harold) (Entered: 04/08/2009) |
| 04/08/2009 | 170 | | MEMORANDUM in Support re 169 MOTION to Compel *State Defendant to Produce Newly Compiled Data* filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Lichten, Harold) (Entered: 04/08/2009) |
| 04/14/2009 | 171 | | Assented to MOTION for Extension of Time to April 29, 2009 to File Response/Reply as to 169 MOTION to Compel *State Defendant to Produce Newly Compiled Data* by Commonwealth of Massachusetts, Paul Dietl.(Alvarez, Iraida) (Entered: 04/14/2009) |
| 04/16/2009 | | | Judge Joseph L. Tauro: Electronic ORDER entered granting 171 Motion for Extension of Time to File Response/Reply TO 4/29/2009 (Lovett, Zita) (Entered: 04/16/2009) |
| 04/16/2009 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines as to 169 MOTION to Compel *State Defendant to Produce Newly Compiled Data*. Responses due by 4/29/2009 (Abaid, Kimberly) (Entered: 04/16/2009) |
| 04/21/2009 | 172 | | Judge Joseph L. Tauro: PRE−TRIAL ORDER entered. (Lovett, Zita) Modified on 4/23/2009 (Abaid, Kimberly). (Entered: 04/21/2009) |
| 04/21/2009 | | | Set/Reset Hearings: Final Pretrial Conference set for 5/18/2009 02:30 PM in Courtroom 22 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 04/23/2009) |
| 04/29/2009 | 173 | | Opposition re 169 MOTION to Compel *State Defendant to Produce Newly Compiled Data* filed by Commonwealth of Massachusetts, Paul Dietl. (Alvarez, Iraida) (Entered: 04/29/2009) |
| 05/01/2009 | | | Judge Joseph L. Tauro: Electronic ORDER entered denying 169 Motion to Compel (Lovett, Zita) (Entered: 05/01/2009) |
| 05/04/2009 | 174 | 34 | NOTICE OF APPEAL as to 168 Order on Motion to Dismiss/Lack of Jurisdiction by Commonwealth of Massachusetts, Paul Dietl NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/26/2009. (Shin, Sookyoung) (Entered: 05/04/2009) |
| 05/04/2009 | | | Filing fee/payment: $ 455.00, receipt number BST010392 for 174 Notice of Appeal, (Russo, Patricia) (Entered: 05/04/2009) |
| 05/08/2009 | 175 | | MOTION to Stay *Proceedings Pending Appeal* by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Exhibit A (Proposed Order))(Shin, Sookyoung) (Entered: 05/08/2009) |
| 05/12/2009 | 176 | | Opposition re 175 MOTION to Stay *Proceedings Pending Appeal* filed by Pedro Lopez. (Attachments: # 1 Exhibit A)(Lichten, Harold) (Additional attachment(s) added on 5/13/2009: # 2 Corrected Opposition, # 3 Corrected Exhibit A) (Abaid, Kimberly). (Entered: 05/12/2009) |
| 05/13/2009 | | | Notice of correction to docket made by Court staff. Correction: Docket Entry 176 corrected because: Per Attorney Request − Wrong document was attached to the entry. Added the corrected document and sealed the incorrect versions. (Abaid, Kimberly) (Entered: 05/13/2009) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.                          *
                                             *
                    Plaintiffs,              *
                                             *
        v.                                   *        Civil Action No. 07-11693-JLT
                                             *
CITY OF LAWRENCE, et al.                     *
                    Defendants.              *

<u>ORDER</u>

April 6, 2009

TAURO, J.

After reviewing Parties' submissions, this court hereby orders the following:

1.      State Defendants' <u>Motion to Dismiss</u> [#142] is DENIED.

IT IS SO ORDERED.

<u>        /s/ Joseph L. Tauro        </u>
United States District Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

                  Plaintiffs,

v.

CITY OF LAWRENCE, et al.,

                  Defendants.

CIVIL ACTION
NO. 07-11693-JLT

## STATE DEFENDANTS' NOTICE OF APPEAL

The State defendants, Commonwealth of Massachusetts and Paul Dietl in his capacity as Chief Human Resources Officer of the Human Resources Division, jointly appeal to the United States Court of Appeals for the First Circuit from the portion of the District Court's order entered April 7, 2009, that denied the State defendants' motion to dismiss the complaint under the Eleventh Amendment.  See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc., 506 U.S. 139 (1993); Toledo v. Sanchez, 454 F.3d 24, 29-30 (1st Cir. 2006).

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and PAUL DIETL, in his capacity as Chief Human Resources Officer of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

  /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2052

Dated: May 4, 2009

## CERTIFICATE OF SERVICE

      I hereby certify that the above document will be served on May 4, 2009, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                      /s/ Sookyoung Shin

                                      Sookyoung Shin, BBO # 643713

                                      Assistant Attorney General