# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name Lopez et al. v. City of Lawrence et al.

District Court Case No. 07-11693-JLT                    District of Massachusetts

Date Notice of Appeal filed 5/4/2009                    Court of Appeals Case No. ~~Pending~~ 09-1664

Form filed on behalf of Commonwealth of Massachusetts; Paul Dietl, in his official capacity

TRANSCRIPT INFO

Transcript Not Necessary for this Appeal ____✓____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Your failure to specify in adequate detail these proceedings to be transcribed, or your failure to make prompt satisfactory financial arrangements with the court reporter, is cause for dismissal of the appeal.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Sookyoung Shin                    Filer's Signature _____

Firm/Address Office of the Attorney General, One Ashburton Place, Boston, MA 02108

Telephone number 617-963-2052                    Date mailed to court reporter N/A

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                    **SEE INSTRUCTIONS ON REVERSE**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

                  Plaintiffs,

      v.

CITY OF LAWRENCE, et al.,

                  Defendants.

09-1664

CIVIL ACTION
NO. 07-11693-JLT

## CERTIFICATE OF SERVICE

I, Sookyoung Shin, hereby certify that I caused a copy of the Transcript Report form, to be served by first-class mail, postage prepaid, on the counsel listed below on May 12, 2009:

Brian W. Leahey
Ciy of Lowell Law Department
City Hall
375 Merrimack Street
Lowell, MA 01852

Daniel C. Brown
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

Edward M. Pikula
Attorney Edward M. Pikula
1350 Main Street, 15th Floor
Springfield, MA 01103

James M. Bowers
Attorney at Law
261 Common Street
Lawrence, MA 01840

Harold L. Lichten
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Leah M. Barrault, Esq.
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riorda, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Mark D. Selwyn
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Jeffrey S. Gleason
Wilmer Hale LLP
60 State Street
Boston, MA 02109

John T. Liebel
City of Springfield
36 Court Street, Suite 210
Springfield, MA 01103

Kevin S. McDermott
MBTA Law Department
10 Park Plaza, 7th Floor
Boston, MA 02116

Laurie W. Engdahl
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

R. Eric Slagle
City of Lowell Law Department
375 Merrimack Street
3rd Floor
Lowell, MA 01852

Rahsaan D. Hall
Lawyers' Committee for Civil Rights
    Under Law
294 Washington Street, Suite 443
Boston, MA 02108

Peter J. McQuillan
City of Methuen - Office of City Solicitor
Searles Building , Suite 311
41 Pleasant Street
Methuen, MA 01844

Mary Jo Harris
Morgan, Brown & Joy LLP
200 State Street, 11th Floor
Boston, MA 02109

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen, PC
67 Market Street - PO Box 9035
Springfield, MA 01102-9035

William G. Cullinan
Law Office of William G. Cullinan
1350 Main Street
Springfield, MA 01103

Shannon E. Liss-Riordan
Pyle, Rome Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Vinita Ferrera
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Robert P. Morris
Morgan, Brown & Joy. LLP
200 State Street
11th Floor
Boston, MA 02109

Signed under the pains and penalties of perjury this 12th day of May 2009.

_Sookyoung Shin_
Sookyoung Shin
Assistant Attorney General
B.B.O. No. 643713