# United States Court of Appeals
## For the First Circuit

2009 MAY 28 A 11: 50

## NOTICE OF APPEARANCE

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 09-1664　　Short Title: Pedro et al. v. City of Lawrence, Massachusetts et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Pedro Lopez, Abel Cano, Kevin Sledge, Charles DeJesus, Richard Brooks, (list continued on following page) as the

☐ appellant(s)　　　✓ appellee(s)　　　☐ amicus curiae

☐ petitioner(s)　　　☐ respondent(s)　　　☐ intervenor(s)

☐ The party I represented below is not a party to the appeal and I wish to be removed from the service list. Please list the names of all parties represented:

_Shannon Liss-Riordan_　　May 27, 2009
Signature　　　　　　　　　　　Date

Shannon Liss-Riordan
Name

Lichten & Liss-Riordan, P.C.　　　　(617) 994-5800
Firm Name (if applicable)　　　　　　Telephone Number

100 Cambridge Street, 20th Floor　　(617) 994-5801
Address　　　　　　　　　　　　　　　Fax Number

Boston, MA 02110　　　　　　　　　sliss@llrlaw.com
City, State, Zip Code　　　　　　　　　Email

Court of Appeals Bar Number: 77877

Has this case or any related case previously been on appeal?

☐ No　　✓ Yes　　Court of Appeals No. 08-8045

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and return this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with the form. 1st Cir. R. 46.0(a)(2).

The Massachusetts Hispanic Law Enforcement Association, Robert Alvarez, Spencer Tatum, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, Lynette Praileau, Tyrone Smith, Eddy Chrispin, David E. Melvin, Steven Morgan, William E. Iraolo, Jose Lozano, Courtney A. Powell, James L. Brown, George Cardoza, Larry Ellison, David Singletary, Charisse Brittle Powell, Cathenia D. Cooper-Paterson, Molwyn Shaw, Lamont Anderson, Gloria Kinkead, Kenneth Gaines, Murphy Gregory, Julian Turner, Neva Grice, Delores E. Facey, Lisa Venus, Rodney O. Best, Karen VanDyke, Robert C. Young, Roylilne Lamb, Lynn Davis, James A. Jackson, Juan Rosario, Louis Rosario, Jr., Obed Almeyda, Devon Williams, and Julio M. Toledo, on behalf of themselves and all others similarly situated.