# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

2009 MAY 28 P 4: 10

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FIRST CIRCUIT

No. 09-1664        Short Title: Lopez et al. v. Commonwealth of Massachusetts et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Commonwealth of Massachusetts and Paul Dietl, Chief Human Resources Officer of HRD _____ as the

☑ appellant(s)          ☐ appellee(s)          ☐ amicus curiae

☐ petitioner(s)          ☐ respondent(s)          ☐ intervenor(s)

☐ The party I represented below is not a party to the appeal and I wish to be removed from the service list. Please list the names of all parties represented:

_____        May 28, 2009_____
Signature                                                  Date

Sookyoung Shin_____
Name

Office of the Attorney General_____        617-963-2052_____
Firm Name (if applicable)                              Telephone Number

One Ashburton Place_____        617-727-5785_____
Address                                                        Fax Number

Boston, MA 02108-1698_____        sookyoung.shin@state.ma.us_____
City, State, Zip Code                                     Email

Court of Appeals Bar Number: 108199_____

Has this case or any related case previously been on appeal?

☐ No          ☑ Yes   Court of Appeals No. 08-8045_____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and return this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with the form. 1st Cir. R. 46.0(a)(2).



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 28, 2009

BY HAND

Richard Cushing Donovan, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 2500
Boston, MA 02210

RE:   Lopez, et al. v. Commonwealth of Massachusetts, et al., No. 09-1664

Dear Mr. Donovan:

On behalf of the state defendants-appellants, enclosed for filing and docketing are Notices of Appearance of Sookyoung Shin and Robert L. Quinan, Jr., and the Docketing Statement with Certificate of Service.

Thank you for your assistance.

Very truly yours,

Sookyoung Shin
Assistant Attorney General
Government Bureau
(617) 963-2052

Enclosures

cc:    First Circuit Settlement Counsel
       Harold Lichten
       Brian W. Leahey
       Daniel C. Brown
       Edward M. Pikula
       James M. Bowers
       Jeffrey S. Gleason
       John T. Liebel
       Kevin S. McDermott