# United States Court of Appeals
## For the First Circuit

**NOTICE OF APPEARANCE**

2009 MAY 28 P 4: 10
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 09-1664     Short Title: Pedro Lopez, et al. v. City of Lawrence, MA, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Commonwealth of Massachusetts and Paul Dietl, as head of the Mass. Human Resources Div., as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae
[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

[ ] The party I represented below is not a party to the appeal and I wish to be removed from the service list. Please list the names of all parties represented:

_____

*Robert Quinan Jr.* (signature)
Signature

May 28, 2009
Date

Robert L. Quinan, Jr.
Name

Office of the Attorney General
Firm Name (if applicable)

(617) 963-2554
Telephone Number

One Ashburton Place, 20th floor
Address

(617) 727-5785
Fax Number

Boston, MA 02108
City, State, Zip Code

Robert.Quinan@state.ma.us
Email

Court of Appeals Bar Number: 70454

Has this case or any related case previously been on appeal?
[ ] No    [✓] Yes    Court of Appeals No. 08-8045

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and return this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with the form. 1st Cir. R. 46.0(a)(2).