# United States Court of Appeals
## For the First Circuit

2009 MAY 28 P 4:16

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

### DOCKETING STATEMENT

**No.** 09-1664        **Short Title:** Lopez et al. v. Commonwealth of Massachusetts et al.

## Type of Action

- [x] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. **Timeliness of Appeal**
  1. Date of entry of judgment or order appealed from _April 7, 2009_
  2. Date this notice of appeal filed _May 4, 2009_
     If cross appeal, date first notice of appeal filed _n/a_
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _n/a_
  4. Date of entry of order deciding above post-judgment motion____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _n/a_
     Time extended to____

B. **Finality of Order or Judgment**
  1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [x] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [x] No
        If yes, explain____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [x] Yes  [ ] No
        If yes, explain _(see attached page)_

C. Has this case previously been appealed?  [x] Yes  [ ] No
   If yes, give the case name, docket number and disposition of each prior appeal
   Lopez et al. v. Commonwealth of Massachusetts et al., No. 08-8045, plaintiffs' pet'n for permission to appeal denied

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?        ☐ Yes    ☑ No
    If yes, is a transcript necessary for this appeal?    ☐ Yes    ☐ No
    If yes, is transcript already on file with district court?  ☐ Yes    ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party (see attached page) _____
        Attorney_____
        Address_____
        Telephone_____

    2.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

    3.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name Commonwealth of Massachusetts _____
        Address_____
        Telephone_____

        Attorney's name Sookyoung Shin, Robert L. Quinan, Jr. _____
        Firm Office of the Attorney General _____
        Address One Ashburton Place, Boston, MA 02108 _____
        Telephone 617-963-2052 (Shin); 617-963-2554 (Quinan) _____

    2.  Appellant's name Paul Dietl, Chief Human Resources Officer of the Human Resources Division
        Address One Ashburton Place, Room 301, Boston, MA 02108 _____
        Telephone 617-727-3555 _____

        Attorney's name Sookyoung Shin, Robert L. Quinan, Jr. _____
        Firm Office of the Attorney General _____
        Address One Ashburton Place, Boston, MA 02108 _____
        Telephone 617-963-2052 (Shin); 617-963-2554 (Quinan) _____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes    ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

A copy of this docketing statement must be served on all other parties to the appeal. In civil cases it must also be served on First Circuit Settlement Counsel, Civil Appeals Management Program, 1 Courthouse Way, Suite 3440, Boston, MA 022210.  Proof of service must be attached.

Signature _____

Date_____ May 28, 2009 _____

No. 09-1664, <u>Lopez et al. v. Commonwealth of Massachusetts et al.</u>
Page 4

## DOCKETING STATEMENT

<u>Question B.2.b</u>

The state defendants appeal from the district court's denial of their claim to Eleventh Amendment immunity. Such denial is subject to immediate review by this Court under <u>Puerto Rico Aqueduct & Sewer Authority v. Metcalf & Eddy, Inc.</u>, 506 U.S. 139 (1993). <u>See</u> <u>Toledo v. Sanchez</u>, 454 F.3d 24, 29-30 (1st Cir. 2006).

<u>Question F</u>

Adverse parties:
Pedro Lopez
Abel Cano
Kevin Sledge
Charles DeJesus
Richard Brooks
The Massachusetts Hispanic Law Enforcement Association
Robert Alvarez
Spencer Tatum
Shumeand Benfold
Angela Williams-Mitchell
Gwendolyn Brown
Lynette Praileau
Tyrone Smith
Eddy Chrispin
David E. Melvin
Steven Morgan
William E. Iraolo
Jose Lozano
Courtney A. Powell
James L. Brown
George Cardoza
Larry Ellison
David Singletary
Charisse Brittle Powell
Cathenia D. Cooper-Paterson
Molwyn Shaw
Lamont Anderson
Gloria Kinkead
Kenneth Gaines
Murphy Gregory
Julian Turner
Neva Grice
Delores E. Facey
Lisa Venus

No. 09-1664, <u>Lopez et al. v. Commonwealth of Massachusetts et al.</u>
Page 5

Rodney O. Best
Karen VanDyke
Robert C. Young
Roylilne Lamb
Lynn Davis
James A. Jackson
Juan Rosario
Louis Rosario, Jr.
Obed Almeyda
Devon Williams
Julio M. Toledo

All represented by:
Harold L. Lichten, Esq.
Lichten & Liss-Riordan, P.C.
100 Cambridge St., 20th Floor
Boston, MA 02110
617-994-5800

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PEDRO LOPEZ, et al.,

                    Plaintiffs-Appellees,

    v.                                                 Appeal No. 09-1664

COMMONWEALTH OF MASSACHUSETTS, et al.,

                    Defendants-Appellants.

## CERTIFICATE OF SERVICE

    I, Sookyoung Shin, hereby certify that I caused a copy of the Docketing Statement to be

served by first-class mail, postage prepaid, on the counsel listed below on May 28, 2009:

Brian W. Leahey
Ciy of Lowell Law Department
City Hall
375 Merrimack Street
Lowell, MA 01852

Daniel C. Brown
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

Edward M. Pikula
Attorney Edward M. Pikula
1350 Main Street, 15th Floor
Springfield, MA 01103

James M. Bowers
Attorney at Law
261 Common Street
Lawrence, MA 01840

Harold L. Lichten
Lichten & Liss-Riordan P.C.
100 Cambridge St, 20th Floor
Boston, MA  02110

Leah M. Barrault, Esq.
Lichten & Liss-Riordan P.C.
100 Cambridge St, 20th Floor
Boston, MA  02110

Mark D. Selwyn
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Jeffrey S. Gleason
Wilmer Hale LLP
60 State Street
Boston, MA 02109

John T. Liebel
City of Springfield
36 Court Street, Suite 210
Springfield, MA 01103

Kevin S. McDermott
MBTA Law Department
10 Park Plaza, 7th Floor
Boston, MA 02116

Laurie W. Engdahl
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

R. Eric Slagle
City of Lowell Law Department
375 Merrimack Street
3rd Floor
Lowell, MA 01852

Rahsaan D. Hall
Lawyers' Committee for Civil Rights
    Under Law
294 Washington Street, Suite 443
Boston, MA 02108

Peter J. McQuillan
City of Methuen - Office of City Solicitor
Searles Building , Suite 311
41 Pleasant Street
Methuen, MA 01844

First Circuit Settlement Counsel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 3440
Boston, MA 02210

Mary Jo Harris
Morgan, Brown & Joy LLP
200 State Street, 11th Floor
Boston, MA 02109

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen, PC
67 Market Street - PO Box 9035
Springfield, MA 01102-9035

William G. Cullinan
Law Office of William G. Cullinan
1350 Main Street
Springfield, MA 01103

Shannon E. Liss-Riordan
Lichten & Liss-Riordan P.C.
100 Cambridge St, 20th Floor
Boston, MA 02110

Vinita Ferrera
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Robert P. Morris
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109

Signed under the pains and penalties of perjury this 28th day of May 2009.

Sookyoung Shin
Assistant Attorney General

cc:   Laurie W. Engdahl
Leah M. Barrault
Mark D. Selwyn
Mary Jo Harris
Maurice M. Cahillane
Peter J. McQuillan
R. Eric Slagle
Rahsaan D. Hall
Robert L. Quinan, Jr.
Robert P. Morris
Shannon E. Liss-Riordan
Vinita Ferrera
William G. Cullinan