# United States Court of Appeals
## For the First Circuit

No. 09-1664

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated, et al.,

Plaintiffs, Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS, et. al.,

Defendants, Appellants.

ORDER OF COURT

Entered: July 1, 2009

    Appellees' motion to dismiss this appeal is deferred to the panel scheduled to hear oral argument. The parties are directed to address both the jurisdictional issue and the merits in their briefing.

    Briefing will be as follows. Appellants' brief and appendix must be filed by July 29, 2009. Appellees' brief must be filed by August 26, 2009. Any reply brief must be filed by September 8, 2009. These briefing dates are firm and no briefing extensions should be sought or expected. It is anticipated that oral argument will be heard during the October 2009 session.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Sookyoung Shin
Iraida J. Alvarez
Robert L. Quinan, Jr.
Leah M. Barrault
Harold L. Lichten
Shannon Liss-Riordan
Jeffrey S. Gleason
Rahsaan D. Hall
Mark Daniel Selwyn
James M. Bowers
Peter J. McQuillan
Brian W. Leahey
R. Eric Slagle
Daniel C. Brown
Laurie W. Engdahl
Maurice M. Cahillane
William G. Cullinan
John T. Liebel
Edward M. Pikula
Mary Jo Harris
Robert P. Morris
Kevin S. McDermott
Vinita Ferrera