# United States Court of Appeals
## For the First Circuit

No. 09-1664

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated;

PLAINTIFFS, APPELLEES

v.

COMMONWEALTH OF MASSACHUSETTS; ET AL.

DEFENDENTS, APPELLANTS

**APPELLEE'S BRIEFING NOTICE**

Issued: July 29, 2009

Appellee's brief must be filed by August 26, 2009.

Any reply brief must be filed by September 8, 2009. These briefing dates are firm and no briefing extensions should be sought or expected.

Presently, it is anticipated that oral argument will be heard during the October, 2009 session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a brief in compliance with the federal and local rules will result in the issuance of an order directing the party to file a conforming brief and could result in the appellee not being heard at oral argument. See 1st Cir. R. 3 and 45.**

Richard Cushing Donovan, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Linda Barry - (617) 748-9066


cc:
Iraida J. Alvarez
Leah M. Barrault
James M. Bowers
Daniel C. Brown
Maurice M. Cahillane
William G. Cullinan
Laurie W. Engdahl
Vinita Ferrera
Jeffrey S. Gleason
Rahsaan D. Hall
Mary Jo Harris
Brian W. Leahey
Harold L. Lichten
John T. Liebel
Shannon Liss-Riordan
Kevin S. McDermott
Peter J. McQuillan
Robert P. Morris
Edward M. Pikula
Robert L. Quinan Jr.
Mark Daniel Selwyn
Sookyoung Shin
R. Eric Slagle