

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108



MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

August 11, 2009

BY HAND

Richard Cushing Donovan, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 2500
Boston, MA 02210



RE:   Lopez, et al. v. Commonwealth of Massachusetts, et al., No. 09-1664

Dear Mr. Donovan:

I was informed that your office could not open the CD-ROM that I sent previously with the State Defendants-Appellants' opening brief. I have enclosed a new CD-ROM, which I was able to open on two different computers in my office. Please let me know if you have any further difficulties.

Thank you for your assistance.

Very truly yours,

Sookyoung Shin
Assistant Attorney General
Government Bureau
(617) 963-2052



Enclosure