

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| PEDRO LOPEZ, ET AL., <br> Plaintiffs-Appellees, <br><br> v. <br><br> COMMONWEALTH OF <br> MASSACHUSETTS, ET AL. <br> Defendants-Appellants | Appeal Number 09-1664 |

**EXPEDITE**

## PLAINTIFFS'-APPELLANTS' MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF

Plaintiffs'-Appellants' brief is currently due on August 26, 2009. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs hereby request a fourteen day extension to file their brief, until September 9, 2009. The grounds for this motion are as follows:

1. There are two head counsel for this case, Leah Barrault and Harold Lichten. Leah Barrault has been out of work frequently over the last month for medical reasons and Harold Lichten has been actively involved in litigating a number of cases that have preoccupied his time over the last few weeks and was also on a pre-planned vacation during this time.

2. The legal issues in this case are complex and the plaintiffs' attorneys require more time to sufficiently research and brief these issues.

3. This is Plaintiffs' first request for an extension in this matter.

2009 AUG 20 P 5: 07
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

4. Plaintiffs' counsel has spoken with counsel for the Defendants'-Appellants' about this motion, and they have stated that they oppose any enlargement of the briefing schedule.

For the foregoing reasons, Plaintiffs-Appellants request a fourteen day extension of time to file his brief, until September 9, 2009.

> Respectfully submitted,
> **PEDRO LOPEZ, ET AL.**
> Attorneys for the Plaintiffs-Appellants,
>
> _____
> Harold L. Lichten, BBO#549689
> Leah M. Barrault, BBO #661626
> Lichten & Liss-Riordan, P.C.
> 100 Cambridge Street, Floor 20
> Boston, MA 02114
> (617) 994-5809

Dated: August 20, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2009 I caused a copy of this document to be served by facsimile and first class mail on Sookyoung Shin, Assistant Attorneys General, Government Bureau, One Ashburton Place, Boston, Massachusetts 02108.

_____
Harold L. Lichten, Esq.

# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20th FLOOR

BOSTON, MASSACHUSETTS 02114

HAROLD L. LICHTEN[†]
SHANNON LISS-RIORDAN[◊]
LEAH M. BARRAULT
HILLARY SCHWAB[◊]

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

IAN O. RUSSELL
BRANT A. CASAVANT
ALEX SUGERMAN-BROZAN
SARAH E. GETCHELL

[†]ALSO ADMITTED IN MAINE
[◊]ALSO ADMITTED IN NEW YORK

August 20, 2009

**BY HAND DELIVERY**
Court Of Appeals Clerk's Office
U.S Court of Appeals for the First Circuit
2500 John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

  Re: Pedro Lopez, et al. v. Commonwealth of Massachusetts, et al.
     Appeal Number: 09-1664

Dear Sir or Madam:

  Enclosed in connection with the above referenced matter, please the Plaintiffs-Appellants' Motion to File an Extension of Time to File Brief.

  Thank you for your attention to this matter. Please call if you have any questions.

               Sincerely yours,

               Sarah Gutherz
               For Harold Lichten

Enclosures
cc: Sookyoung Shin, Esq.