# United States Court of Appeals
## For the First Circuit

---

No. 09-1664

PEDRO LOPEZ, Individually and on behalf of a class of individuals similarly situated, et al.,

Plaintiffs, Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS, et. al.,

Defendants, Appellants.

---

ORDER OF COURT

Entered: August 25, 2009

Appellees' motion for an extension of time to file their brief is <u>denied</u>. Appellees were informed in our July 1, 2009 Order that the briefing dates are firm and that no briefing extensions should be sought or expected.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Sookyoung Shin
Iraida J. Alvarez
Robert L. Quinan, Jr.
Leah M. Barrault
Harold L. Lichten
Shannon Liss-Riordan
Jeffrey S. Gleason
Rahsaan D. Hall
Mark Daniel Selwyn
James M. Bowers
Peter J. McQuillan

Brian W. Leahey
R. Eric Slagle
Daniel C. Brown
Laurie W. Engdahl
Maurice M. Cahillane
William G. Cullinan
John T. Liebel
Edward M. Pikula
Mary Jo Harris
Robert P. Morris
Kevin S. McDermott
Vinita Ferrera