


UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

PEDRO LOPEZ ET AL,  )    Case No. 0901664
                    )
        Plaintiffs-Appellees, )
v.                  )
                    )
COMMONWEALTH OF     )
MASSACHUSETTS, ET. AL )
                    )
        Defendant-Appellant. )

2009 AUG 26  A 8: 34

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**PLAINTIFFS-APPELLEES' EMERGENCY MOTION FOR A VERY BRIEF EXTENSION OF FOUR DAYS TO FILE APPELLATE BRIEF**

Plaintiffs-Appellees' response brief in this matter is currently due tomorrow, Wednesday, August 26, 2009. Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiffs-Appellees filed a motion with this Court on August 20, 2009 for a fourteen day extension to file their brief. As grounds, counsel for this case, Leah Barrault, has been out frequently over the last month for medical reasons and co-counsel for this case, Harold Lichten, has been actively involved in litigating a number of cases that have preoccupied his time over the last few weeks and he was also on a pre-planned vacation during that time. On August 25, 2009, this Court denied Plaintiffs-Appellees' motion. Where Plaintiffs-Appellees did not receive this Court's order until 5PM on August 25, 2009, the day before their brief is due, and where is it not possible for Plaintiffs-Appellees' to prepare and file their brief by close of business tomorrow, August 26, 2009, Plaintiffs-Appellees request a very brief extension of four days—until Monday, August 31, 2009,—to file their brief. The grounds for this motion are as follows:

1.	Leah Barrault, has been out frequently over the last month for medical reasons and co-counsel for this case, Harold Lichten, has been actively involved in litigating a number of cases that have preoccupied his time over the last few weeks and he was also on a pre-planned vacation during that time. Additionally, Mr. Lichten and Ms. Barrault have been out of the office most of this week at hearings and meetings with clients.

2.	The legal issues in this case are complex and the plaintiffs' attorneys require more time to sufficiently research and brief these issues.

3.	Plaintiffs request only four additional days to file their brief—this very brief extension of time will not significantly affect the scheduling in this matter. The matter is scheduled for argument on or about October 5, 2009, and the four-day extension will still give the parties and the Court sufficient time for the matter to be fully briefed in advance of the argument date.

For the foregoing reasons, Plaintiffs request an extension of time of four days to file their brief, until Monday, August 31, 2009.

Respectfully submitted,
PEDRO LOPEZ, ET AL.
Attorneys for the Plaintiffs-Appellants,

Harold L. Lichten, BBO #549689
Leah M. Barrault, BBO #661626
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617)-994-5800

Dated: August 25, 2009

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2009 I caused a copy of this document to be served by first class mail on Sookyoung Shin, Assistant Attorney General, Government Bureau, One Ashburton Place, Boston, MA 02108

Harold L. Lichten, Esq.

# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20th FLOOR

BOSTON, MASSACHUSETTS 02114

---

HAROLD L. LICHTEN[†]
SHANNON LISS-RIORDAN[◊]
LEAH M. BARRAULT
HILLARY SCHWAB[◊]

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

IAN O. RUSSELL
BRANT A. CASAVANT
ALEX SUGERMAN-BROZAN
SARAH E. GETCHELL

[†]ALSO ADMITTED IN MAINE
[◊]ALSO ADMITTED IN NEW YORK

August 25, 2009

**VIA FACSIMILE AND HAND DELIVERY**
Clerk of the Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Lopez et al. v. Commonwealth of Massachusetts, et al.
      Case No.: 09-1664

Dear Sir/Madam:

Enclosed in connection with the above referenced matter please find Plaintiffs-Appellee's Emergency Motion for a Very Brief Extension of Four Days to File Appellate Brief.
Thank you for your attention to this matter.

Sincerely,

Sarah Gutherz
Assistant to Harold Lichten, Esq.

Enclosures
cc:   Sookyoung Shin, Esq.