# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must complete this form and return it to the clerk's office no later than September 9, 2009.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation by the due date above.

Appeal No.: 09-1664
Case Name: Lopez, et al v. Commonwealth of Massachusetts, et al

Date of Argument: Thursday, October 08, 2009
Location: Boston, MA

Name and appellate designation of the party(ies) you will be arguing on behalf of:
_____

Attorney Name:_____     First Circuit Bar No. _____

Phone Number:_____     Fax Number: _____

Email: _____

Check the box that applies:

[ ]     I have already filed an appearance in this matter.

[ ]     I have attached my appearance form and a motion in accordance with Loc. R. 12.0(a).

Signature:_____     Date:_____

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.