# United States Court of Appeals
## For the First Circuit

---

No. 09-1664

PEDRO LOPEZ, Individually and on behalf of a class of individuals
similarly situated, et al.,

Plaintiffs, Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS,  et. al.,

Defendants, Appellants.

---

ORDER OF COURT

Entered:  August 27, 2009

Appellees' "emergency motion for a very brief extension of four days to file appellate brief" is <u>granted</u>.

Briefing will be adjusted as follows.  Appellees' brief must be filed by August 31, 2009.  Any reply brief must be filed by September 10, 2009.  No further briefing extensions will be granted.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc: all counsel of record