# EXPEDITE



**United States Court of Appeals
For the First Circuit**

2009 AUG 31 P 5:11

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Pedro Lopez, et al.,
    *Plaintiffs-Appellees,*

v.

Commonwealth of Massachusetts, et al.,
    *Defendants-Appellants.*

Case No. 09-1664

**Calendared**

OCT 8 2009

case to be argued

## PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

Plaintiffs-Appellees move for leave to file a Supplemental Appendix in the above captioned action. The Supplemental Appendix contains the exhibits which were originally attached to Plaintiffs-Appellees' Statement of Material Facts when that document was filed with the District Court. While Defendant-Appellant included Plaintiffs-Appellees' Statement of Facts in the Record Appendix, it did not include any of the exhibits originally attached to that document. See App. at 157. The Supplemental Appendix also contains Plaintiffs-Appellees' Reply Memorandum to State Defendants' Opposition to Plaintiffs' Motion for Class Certification. This document includes exhibits which were filed with the District

Court and which are relevant to Defendant-Appellant's arguments regarding its status as an employer of the Plaintiffs-Appellees.

                                      Respectfully submitted,

                                      PEDRO LOPEZ, et al.,

                                      By their attorneys,

Dated: August 31, 2009

                                      Harold L. Lichten, BBO #549689
                                      Leah M. Barrault, BBO #661626
                                      LICHTEN & LISS-RIORDAN
                                      100 Cambridge St., 20th Floor
                                      Boston, MA 02114
                                      (617) 994-5800

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2009, I caused a copy of this document to be served by first class mail on Appellant's counsel Sookyoung Shin and Robert Quinan at One Ashburton Place, Boston, Massachusetts 02108.

                                        Harold L. Lichten

# LICHTEN & LISS-RIORDAN, P.C.

### ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20th FLOOR
BOSTON, MASSACHUSETTS 02114

2009 AUG 31 P 5:11

| | |
|---|---|
| HAROLD L. LICHTEN† | IAN O. RUSSELL |
| SHANNON LISS-RIORDAN◊ | BRANT A. CASAVANT |
| LEAH M. BARRAULT | ALEX SUGERMAN-BROZAN |
| HILLARY SCHWAB◊ | SARAH R. GETCHELL |

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801   CLERKS OFFICE
                         US COURT OF APPEALS
WWW.LLRLAW.COM           FIRST CIRCUIT

†ALSO ADMITTED IN MAINE
◊ALSO ADMITTED IN NEW YORK

March 17, 2009

**BY HAND DELIVERY**
Court Of Appeals Clerk's Office
U.S Court of Appeals for the First Circuit
2500 John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Pedro Lopez, et al. v. Commonwealth of Massachusetts
           COA Case No: 09-1664

Dear Sir or Madam:

    Enclosed in connection with the above referenced matter, please Plaintiffs-Appellees' Motion for Leave to File a Supplemental Appendix.

    Thank you for your attention to this matter. Please call if you have any questions.

Sincerely yours,

Sarah Gutherz
For Harold Lichten

Enclosures
cc: Sookyoung Shin, Esq.
    Robert Quinan, Esq.