**EXPEDITE**

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

PEDRO LOPEZ, et al.,

    Plaintiffs-Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

    Defendants-Appellants.

2009 SEP -3 P 4:35

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Appeal No. 09-1664

**Calendared**

OCT 8 2009

Case to be argued

### STATE DEFENDANTS-APPELLANTS' RESPONSE TO PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

The state appellants[1] hereby respond to appellees' Motion for Leave to File a Supplemental Appendix. As explained below, the state appellants fully complied with the rules in assembling the Record Appendix, and appellees' request to file a supplemental appendix stems entirely from their failure to designate additional material under Fed. R. App. P. 30(b).

On May 28, 2009, undersigned counsel, in accordance with Rule 30(b), sent a letter to appellees' counsel, designating the parts of the record to be included in the Record Appendix. See Shin Aff. ¶ 2 (attached). The letter designates the appellees' Statement of Material Facts "without exhibits." Id. The letter also asks appellees' counsel to state "within the timeframe set

---

[1] Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Commonwealth's Human Resources Division.

forth in the Rule [i.e., ten days] whether you wish to designate any additional parts of the record for inclusion in the appendix." Id. Appellees' counsel did not respond to this letter. See id.

On July 7, 2009, undersigned counsel emailed appellees' counsel asking them again to state whether they wished to designate any additional items for inclusion in the Record Appendix. See id. ¶ 3. Appellees' counsel did not respond to this request. See id.

Although appellees did not comply with Rule 30(b), the state appellants do not object to the Supplemental Appendix because it consists of documents that were part of the record before the district court. Appellants do not, however, concede that any document therein is relevant to the issues before this Court.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and
PAUL DIETL, in his capacity as
Chief Human Resources Officer of
the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

_____
Sookyoung Shin
Assistant Attorney General
Court of Appeals Bar No. 108199
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2052 (direct)
(617) 727-5785 (fax)
sookyoung.shin@state.ma.us

Dated: September 3, 2009

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> Defendants-Appellants. | Appeal No. 09-1664 |

### AFFIDAVIT OF SOOKYOUNG SHIN

I, Sookyoung Shin, hereby depose and say:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts, and I represent the state defendants-appellants in the above-captioned matter.

2. On May 28, 2009, I mailed a letter to counsel for the plaintiffs-appellees, designating the parts of the record I intended to include in the Record Appendix. A true and correct copy of the letter is attached. In this letter I asked appellees' counsel to let me know, within the timeframe set forth in Fed. R. App. P. 30(b), whether they wished to designate any additional parts of the record for inclusion in the Record Appendix. Appellees' counsel did not respond to my letter.

3. On July 7, 2009, I emailed appellees' counsel asking them again to state whether they wished to designate any additional items for inclusion in the Record Appendix. A true and correct copy of the email thread is attached. Appellees' counsel did not respond to my request.

Signed under the pains and penalties of perjury this 3rd day of September 2009.

_____
Sookyoung Shin, BBO#643713
Assistant Attorney General



# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

May 28, 2009

Harold L. Lichten, Esq.
Lichten & Liss-Riordan, P.C.
100 Cambridge St., 20th floor
Boston, MA 02110

    RE:    <u>Lopez, et al. v. Commonwealth of Massachusetts, et al.</u>, No. 09-1664

Dear Harold:

    Pursuant to Fed. R. App. P. 30(b), I am designating the following parts of the record for inclusion in the appendix:

    1) the district court docket report;

    2) Sixth Amended Complaint (Paper No. 139);

    3) State Defendants' Motion to Dismiss for Lack of Jurisdiction (Paper No. 142);

    4) State Defendants' Memorandum in Support of Motion to Dismiss for Lack of Jurisdiction with Attachment #3 (Affidavit of Sally McNeely) (Paper No. 144);

    5) State Defendants' Statement of Material Facts (Paper No. 145);

    6) Plaintiffs' Memorandum in Opposition (Paper No. 163);

    7) Plaintiffs' Statement of Material Facts without exhibits (Paper No. 164); and

    8) State Defendants' Notice of Appeal (Paper No. 174).

The issue I intend to present for review is whether the Eleventh Amendment bars plaintiffs' Title VII claims against the state defendants.

    Please let me know within the timeframe set forth in the Rule whether you wish to designate any additional parts of the record for inclusion in the appendix. The district court's order must be attached as an addendum to my brief and does not therefore need to be included, per Local Rule 30(c).

Thank you for your attention to this matter.

Very truly yours,

Sookyoung Shin
Assistant Attorney General
Government Bureau
(617) 963-2052

cc: Shannon E. Liss-Riordan
Leah M. Barrault

## Shin, Sookyoung (AGO)

**From:** Leah M. Barrault [LBarrault@llrlaw.com]
**Sent:** Tuesday, July 07, 2009 1:13 PM
**To:** Shin, Sookyoung (AGO); Harold L. Lichten
**Subject:** RE: Lopez settlement conference

Sookyoung

The letter is fine, you can sign our names to it.

***Please note new email address*******

Leah Marie Barrault
Lichten & Liss-Riordan, PC
Attorneys at Law
100 Cambridge Street, 20th Floor
Boston, MA 02114
Phone: 617-994-5800
Fax: 617-994-5801
lbarrault@llrlaw.com

**From:** Shin, Sookyoung (AGO) [mailto:Sookyoung.Shin@state.ma.us]
**Sent:** Tuesday, July 07, 2009 12:25 PM
**To:** Harold L. Lichten
**Cc:** Leah M. Barrault
**Subject:** Lopez settlement conference

Dear Harold:

As you know, the court has set a settlement conference for July 22. We do not believe that a conference is necessary given the nature of the appeal and therefore intend to request that it be cancelled. We would like to do a joint letter if possible. I've attached a draft—could you please let me know as soon as possible whether I can sign your name to it?

Also, a few weeks ago, I sent you a letter delineating the items I intend to include in the appendix. Could you please let me know by next week whether you want to designate any additional items?

Thanks
Sookyoung


Sookyoung Shin
Administrative Law Division
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2052  (direct)
(617) 727-5785  (fax)

9/3/2009



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

2009 SEP -3  P 4:39

(617) 727-2200
www.mass.gov/ago

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

September 3, 2009

BY HAND

Richard Cushing Donovan, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 2500
Boston, MA 02210

RE:   Lopez, et al. v. Commonwealth of Massachusetts, et al., No. 09-1664

Dear Mr. Donovan:

Enclosed are the original and three copies of the State Defendants-Appellants' Response to Plaintiffs-Appellees' Motion for Leave to File a Supplemental Appendix.

Thank you for your assistance.

Very truly yours,

Sookyoung Shin
Assistant Attorney General
Government Bureau
(617) 963-2052

Enclosures

cc:   Harold Lichten, Esq.
      Leah Barrault, Esq.