## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PEDRO LOPEZ, et al.,

              Plaintiffs-Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS, et al.,

              Defendants-Appellants.

Appeal No. 09-1664



## CERTIFICATE OF SERVICE

I, Sookyoung Shin, hereby certify that I caused two copies of State Defendants-

Appellants' Reply Brief to be served by first-class mail, postage prepaid, on the counsel listed

below on September 10, 2009:

Brian W. Leahey
Ciy of Lowell Law Department
City Hall
375 Merrimack Street
Lowell, MA 01852

Daniel C. Brown
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

Edward M. Pikula
Attorney Edward M. Pikula
1350 Main Street, 15th Floor
Springfield, MA 01103

James M. Bowers
Attorney at Law
261 Common Street
Lawrence, MA 01840

Harold L. Lichten
Lichten & Liss-Riordan, P.C.
100 Cambridge St., 20th Flr
Boston, Ma 02114

Mark D. Selwyn
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Jeffrey S. Gleason
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Laurie W. Engdahl
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

John T. Liebel
City of Springfield
36 Court Street, Suite 210
Springfield, MA 01103

Kevin S. McDermott
MBTA Law Department
10 Park Plaza, 7th Floor
Boston, MA 02116

R. Eric Slagle
City of Lowell Law Department
375 Merrimack Street
3rd Floor
Lowell, MA 01852

Rahsaan D. Hall
Lawyers' Committee for Civil Rights
    Under Law
294 Washington Street, Suite 443
Boston, MA 02108

Peter J. McQuillan
City of Methuen - Office of City Solicitor
Searles Building , Suite 311
41 Pleasant Street
Methuen, MA 01844

Mary Jo Harris
Morgan, Brown & Joy LLP
200 State Street, 11th Floor
Boston, MA 02109

Maurice M. Cahillane, Jr.
Egan, Flanagan & Cohen, PC
67 Market Street - PO Box 9035
Springfield, MA 01102-9035

William G. Cullinan
Law Office of William G. Cullinan
1350 Main Street
Springfield, MA 01103

Vinita Ferrera
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Robert P. Morris
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109

Signed under the pains and penalties of perjury this 10th day of September 2009.

_____
Sookyoung Shin
Assistant Attorney General



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL

ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108



MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

September 10, 2009

**Calendared**

OCT 0 8 2009



case to be argued

**BY HAND**

Richard C. Donovan, Clerk
U.S. Court of Appeals for the First Circuit
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

  RE: <u>Lopez, et al. v. Commonwealth of Massachusetts, et al.</u>, No. 09-1664

Dear Mr. Donovan:

  I enclose for filing in the above-captioned appeal nine paper copies of the Reply Brief of State Defendants-Appellants Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division, a computer-readable disc copy of the Brief, and a Certificate of Service. A Certificate of Compliance appears at the end of the Brief.

  Thank you for your assistance in this matter.

          Very truly yours,

          Sookyoung Shin
          Assistant Attorney General
          Government Bureau
          (617) 727-2200 ext. 2052

SS/dml
Enclosure

cc: Harold Lichten, Esq.