# United States Court of Appeals
## For the First Circuit

No. 09-1664

PEDRO LOPEZ, ET AL.,

Plaintiffs, Appellees,

v.

COMMONWEALTH OF MASSACHUSETTS, ET AL.,

Defendants, Appellants.

**JUDGMENT**

Entered:  December 3, 2009

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the state defendants' motion to dismiss is reversed, and the case is remanded to the district court for entry of an order of dismissal under Title VII with prejudice with respect to the state defendants.

By the Court:

/s/ Margaret Carter, Chief Deputy Clerk

cc: Hon. Joseph L. Tauro, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Morris, Ms. Liss-Riordan, Mr. Selwyn, Mr. Quinan, Ms. Shin, Ms. Harris, Mr. Leahey, Mr. Liebel, Mr. Lichten, Mr. Cahillane, Mr. Pikula, Mr. McDermott, Mr. Cullinan, Ms. Ferrera, Ms. Barrault, Mr. Slagle, Mr. Bowers, Mr. McQuillan, Mr. Brown, Ms. Engdahl, Ms. Alvarez, Mr. Gleason &  Mr. Hall.